# Exhibit D

----- Original Message -----
From: admin@foiaonline.gov
At: 26-Apr-2020 17:50:31

    Your request for Expedited Processing for the FOIA request SBA-2020-000620 has been denied. Additional details for this request are as follows:

- Request Created on: 04/15/2020
- Request Description: 1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

    2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/9/2020 and 4/15/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

- Expedited Processing Original Justification: I request that these materials be subject to expedited processing: Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency. Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

  I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.
- Expedited Processing Disposition Reason: Moot

From: admin@foiaonline.gov At: 05/05/20 09:39:43
To: Zachary Mider (BLOOMBERG/ NEWSROOM: )
Subject: FOIA Expedited Processing Disposition Reached for SBA-2020-000910

Your request for Expedited Processing for the FOIA request SBA-2020-000910 has been denied. Additional details for this request are as follows:

- Request Created on: 04/23/2020
- Request Description: Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):
  1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32
  2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.
  3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/16/2020 and 4/22/2020. I request data on each

1

- loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.
- Expedited Processing Original Justification: I request that these materials be subject to expedited processing: Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency. Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.
- Expedited Processing Disposition Reason: Moot

```
From: admin@foiaonline.gov At: 05/11/20 11:10:14
To: Zachary Mider (BLOOMBERG/ NEWSROOM: )
Subject: FOIA Expedited Processing Disposition Reached for SBA-
2020-001018
```

Your request for Expedited Processing for the FOIA request SBA-2020-001018 has been denied. Additional details for this request are as follows:

- 
- Request Created on: 04/29/2020
- 
- Request Description: Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

   1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

1

2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/23/2020 and 4/29/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

- 
- Expedited Processing Original Justification: I request that these materials be subject to expedited processing: Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency. Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

  I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.
- 
- Expedited Processing Disposition Reason: Moot
-