# Exhibit F



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

April 20, 2020

Rolfe Winkler

rolfe.winkler@wsj.com

Re: SBA-2020-000580 Request Response

Dear Mr. Winkler,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000580 in which you have requested the following:

> "a summary database of information for all APPROVED loans under the Paycheck Protection Program of the 2020 CARES Act from the time the program began accepting applications through the end of business on April 13, 2020. Please include all data fields the Small Business Administration tracks for each loan that it determines is information generally disclosed under FOIA, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable"

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the future, we will be able to turn our efforts to providing loan specific data to the public but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

Mr. Rolfe Winkler
Page 2

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration