Exhibit 2

# Bloomberg

April 8, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1. *Records of approved Paycheck Protection Program loans, for each loan approved between 3/27/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32*

2. *Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 3/6/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.*

3. *Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 3/27/2020 and 4/8/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.*

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization.  I request the Records to inform the public about matters of public concern.  As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages.  Please waive all applicable fees.  In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250.  If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing:  Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency.  Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days.  In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter.  This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure.  Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

Please contact me if I may assist in your office's response to this request.  As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider
Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

April 15, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1. *Records of approved Paycheck Protection Program loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32*

2. *Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.*

3. *Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/9/2020 and 4/15/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.*

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization.  I request the Records to inform the public about matters of public concern.  As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages.  Please waive all applicable fees.  In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250.  If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing:  Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency.  Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days.  In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter.  This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure.  Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

Please contact me if I may assist in your office's response to this request.  As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider
Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

April 23, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1. *Records of approved Paycheck Protection Program loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32*

2. *Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.*

3. *Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/16/2020 and 4/22/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.*

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization.  I request the Records to inform the public about matters of public concern.  As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages.  Please waive all applicable fees.  In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250.  If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing:  Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency.  Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days.  In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter.  This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure.  Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

Please contact me if I may assist in your office's response to this request.  As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider
Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

9

# Bloomberg

April 29, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

In earlier requests to this office (SBA-2020-000555, SBA-2020-000620, SBA-2020-000910) I requested loan-level data from the SBA's coronavirus loan programs for certain time periods. The SBA has responded to some of these requests by stating that it plans to turn its efforts to providing loan-specific data at a future date.

This letter simply extends the time period of data requested up to the present day, **4/29/20,** and is otherwise identical to the earlier requests.

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1. *Records of approved Paycheck Protection Program loans, for each loan approved between **4/23/2020 and 4/29/2020**. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32*

2. *Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between **4/23/2020 and 4/29/2020**. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.*

3. *Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between **4/23/2020 and 4/29/2020**. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include*

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

*but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.*

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization.  I request the Records to inform the public about matters of public concern.  As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages.  Please waive all applicable fees.  In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250.  If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing:  Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency.  Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days.  In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter.  This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure.  Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Please contact me if I may assist in your office's response to this request.  As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider
Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

April 28, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

> *The data set or data sets provided to the authors of the paper "Did the Paycheck Protection Program Hit the Target?" available here:*
>
> *https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3585258*
>
> *To help you locate these records, the authors of the paper are Joao Granja, Constantine Yannelis, and Eric Zwick at University of Chicago's Booth School, and Christos Makridis at Massachusetts Institute of Technology. They describe the data as follows:*
>
> *"We obtained confidential data on the number of approved PPP loans and approved PPP amounts from the Small Business Administration. The data set contains information on the amounts and number of loans approved by each lender, amounts and number of loans received by small businesses in each state, and total amounts and number of PPP loans received by small businesses in each congressional district as of April 15, 2020."*

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization.  I request the Records to inform the public about matters of public concern.  As a representative of the news media, I am only required to pay for the direct cost of duplication

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

after the first 100 pages.  Please waive all applicable fees.  In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250.  If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing:  Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency.  Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days.  In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter.  This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure.  Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

Please contact me if I may assist in your office's response to this request.  As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

**Bloomberg**

Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.