Exhibit 3



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

April 20, 2020

Zachary R Mider
zmider1@bloomberg.net

Re: SBA-2020-000555 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000555 in which you have requested the following:

> "1. Records of approved Paycheck Protection Program loans, for each loan approved between 3/27/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32
>
> 2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 3/6/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.
>
> 3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 3/27/2020 and 4/8/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the future, we will be able to turn our efforts to providing loan specific data to the public but hope that all understand the need for the Agency to focus its efforts fulfilling the

Mr. Zachary Mider
Page 2

needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.
If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

>Office of Hearings and Appeals
>Attention: Delorice Ford, FOIA Officer
>409 3rd Avenue, SW – 8th Floor
>Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road--OGIS
>College Park, MD 20740-6001
>ogis@nara.gov
>ogis.archives.gov
>202-741-5770
>877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration

 **U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

April 21, 2020

Zachary R. Mider
zmider1@bloomberg.net

Re: FOIA Request - SBA-2020-000557 and SBA-2020-000622

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000557 and SBA-2020-000622 in which you have requested access to and copies of the following records ("the Records"):

1. Records of approved Paycheck Protection Program loans, for each loan approved between 3/27/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 3/6/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 3/27/2020 and 4/15/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

>  Office of Hearings and Appeals
>  Attention: Delorice Ford, FOIA Officer
>  409 3rd Avenue, SW – 8th Floor
>  Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>  Office of Government Information Services
>  National Archives and Records Administration
>  8601 Adelphi Road--OGIS
>  College Park, MD 20740-6001
>  ogis@nara.gov
>  ogis.archives.gov
>  202-741-5770
>  877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

April 23, 2020

Zachary R Mider
zmider1@bloomberg.net

Re: SBA-2020-000620 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000620 in which you have requested the following:

"1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/9/2020 and 4/15/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district."

This letter is in response to your first request. You will receive a response to your other two requests from the Office of Disaster Assistance.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to

Mr. Zachary Mider
Page 2

the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the future, we will be able to turn our efforts to providing loan specific data to the public but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

Office of Hearings and Appeals
Attention: Delorice Ford, FOIA Officer
409 3rd Avenue, SW – 8th Floor
Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
ogis@nara.gov
ogis.archives.gov
202-741-5770
877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 4, 2020

Zachary Mider
zmider1@bloomberg.net

Re: SBA-2020-000910 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000910 in which you have requested the following:

> "1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32
>
> 2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.
>
> 3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/16/2020 and 4/22/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

Mr. Mider
Page 2

This response is for the PPP requests only. You will receive a separate response from the Office of Disaster Assistance regarding whether that office has responsive records to your EIDL request.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 6, 2020

Zachary Mider
zmider1@bloomberg.net

Re: SBA-2020-001018 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-001018 in which you have requested the following:

> "1.    Records of approved Paycheck Protection Program loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32
>
> 2.    Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.
>
> 3.    Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/23/2020 and 4/29/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.
>
> I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

Mr. Mider
Page 2

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select
"COVID-19 Information" located under Frequently requested records to obtain the data that is
currently available.

This response is for the PPP requests only. You will receive a separate response from the Office
of Disaster Assistance regarding whether that office has responsive records to your EIDL
request.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within
90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of
Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal
FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA
requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration