# Exhibit 5



# Fwd: FOIA Request SBA-2020-000580 Submitted

From: <admin@foiaonline.gov>
Date: Mon, Apr 13, 2020 at 10:41 AM
Subject: FOIA Request SBA-2020-000580 Submitted
To: <rolfe.winkler@wsj.com>

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SBA-2020-000580
- Requester Name: Rolfe Winkler
- Date Submitted: 04/13/2020
- Request Status: Submitted
- Description: • a summary database of information for all APPROVED loans under the Paycheck Protection Program of the 2020 CARES Act from the time the program began accepting applications through the end of business on April 13, 2020. Please include all data fields the Small Business Administration tracks for each loan that it determines is information generally disclosed under FOIA, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable Please transmit these records to me electronically, via email or another electronic means. My email address is: rolfe.winkler@wsj.com. Please do not print and mail me paper records if it is not necessary to do so.

  Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia -- under "frequently requested records."

--
Rolfe Winkler
**REPORTER**

## THE WALL STREET JOURNAL.

**LinkedIn profile:** https://www.linkedin.com/in/rolfewinkler
**M:** +1 847-380-0751
**E:** rolfe.winkler@wsj.com

**Coulter Jones**
Reporter
coulter.jones@wsj.com
212.416.3778

1211 Avenue of the Americas
Fifth Floor
Mail Drop 5-3 Desk: 05.BH41
New York, NY 10036

**Thursday, April 16, 2020**
Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, eighth floor
Washington, DC 20416

Sent via email: FOIA@sba.gov

**Re:** Request for Massachusetts Certificate Database data

To Whom It May Concern:

This is a request under the federal Freedom of Information Act, 5 U.S.C. § 552 et seq.,
for records and data maintained by your office. I ask that all correspondence regarding this
request be sent via email to coulter.jones@wsj.com or phone at 212-416-3778.

**Data requested:**

- A full data export for approved borrowers and lenders of the Paycheck Protection
  Program as of the current date.

Please provide all items responsive to this request in an electronic format – not paper records.
The data should be exported in to a machine-readable file, such as .csv, .txt or other format.
The database should include but not be limited to:

- Borrower name
- Borrower address (including City, State and Zip code)
- Any ID associated with borrower such as EIN
- Number of employees listed by borrower
- Purpose of loan (ie. pay employees)
- NAICS or other industry code of borrower
- Indication if borrower is a franchise
- Loan approval date
- Gross loan approval amount
- Term of loan
- Bank/lender name
- Bank/lender address (including City, State and Zip code)
- Any ID associated with lender, such as FDIC Cert ID

I am requesting a full data export of all available data. Please provide any necessary lookup
tables, record layouts or documentation necessary in understanding the data. If this request is

**Coulter Jones**
Reporter
coulter.jones@wsj.com
 212.416.3778

1211 Avenue of the Americas
Fifth Floor
Mail Drop 5-3 Desk: 05.BH41
New York, NY 10036

denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the law. I also expect you to release all segregable portions of otherwise exempt material.


I would prefer to receive this information via email (coulter.jones@wsj.com), but any records can also be mailed to:

      Coulter Jones
      110 Mackey Ave.
      Port Washington, NY 11050

I am a reporter for *The Wall Street Journal*. This request is made in the routine course of newsgathering. As such, I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to the public understanding of operation or activities of the government and is not primarily in my commercial interest.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.  I will also expect you to release all segregable portions of otherwise exempt material.  I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by email at coulter.jones@wsj.com rather than by postal mail, if you have questions regarding this request. I can also be reached at 212-416-3778.

Please provide expedited processing of this request which concerns a matter of urgency.  As a journalist, I am primarily engaged in disseminating information. This request concerns a matter of current exigency to the American public because it relates to the conduct of a leading investigator of liver-disease drugs.

I look forward to your reply within 20 business days, as the statute requires.

Sincerely,
Coulter Jones

3



**Fwd: FOIA Request SBA-2020-000950 Submitted**

1 message

From: <admin@foiaonline.gov>
Date: Fri, Apr 24, 2020 at 1:08 PM
Subject: FOIA Request SBA-2020-000950 Submitted
To: <rolfe.winkler@wsj.com>

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SBA-2020-000950
- Requester Name: Rolfe Winkler
- Date Submitted: 04/24/2020
- Request Status: Submitted
- Description: Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, please provide me:
  • The underlying loan level data, stored in a spreadsheet or database or other electronic form, that was used to generate the statistical information the Small Business Administration has published regarding the Paycheck Protection Program, seen at this link: https://www.sba.gov/document/report--paycheck-protection-program-ppp-report-through-april-16-2020-12-pm-est.
  Please transmit these

--
Rolfe Winkler
REPORTER

THE WALL STREET JOURNAL.

LinkedIn profile: https://www.linkedin.com/in/rolfewinkler
M: +1 847-380-0751
E: rolfe.winkler@wsj.com



# Fwd: FOIA Request SBA-2020-001060 Submitted

From: <admin@foiaonline.gov>
Date: Fri, May 1, 2020 at 9:36 AM
Subject: FOIA Request SBA-2020-001060 Submitted
To: <rolfe.winkler@wsj.com>

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SBA-2020-001060
- Requester Name: Rolfe Winkler
- Date Submitted: 05/01/2020
- Request Status: Submitted
- Description: Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, please provide me:
  • A summary database of information for all APPROVED Paycheck Protection Program loans from the time the program began accepting applications through the date on which this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable. Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia -- under "frequently requested records."

--
Rolfe Winkler
**REPORTER**

# THE WALL STREET JOURNAL.

**LinkedIn profile:** https://www.linkedin.com/in/rolfewinkler
**M:** +1 847-380-0751
**E:** rolfe.winkler@wsj.com



Dow Jones Mail - Fwd: FOIA Request SBA-2020-001071 Submitted

## Fwd: FOIA Request SBA-2020-001071 Submitted

1 message

From: <admin@foiaonline.gov>
Date: Fri, May 1, 2020 at 1:27 PM
Subject: FOIA Request SBA-2020-001071 Submitted
To: <rolfe.winkler@wsj.com>

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SBA-2020-001071
- Requester Name: Rolfe Winkler
- Date Submitted: 05/01/2020
- Request Status: Submitted
- Description: A summary database of information for all APPROVED loans under the Paycheck Protection Program for Pacific region recipients from the time the program began accepting applications through the date on which this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable.
Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia
-- under "frequently requested records."

--
Rolfe Winkler
REPORTER

## THE WALL STREET JOURNAL.

LinkedIn profile: https://www.linkedin.com/in/rolfewinkler
M: +1 847-380-0751
E: rolfe.winkler@wsj.com



## Fwd: FOIA Request SBA-2020-001072 Submitted

1 message

From: <admin@foiaonline.gov>
Date: Fri, May 1, 2020 at 1:41 PM
Subject: FOIA Request SBA-2020-001072 Submitted
To: <rolfe.winkler@wsj.com>

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SBA-2020-001072
- Requester Name: Rolfe Winkler
- Date Submitted: 05/01/2020
- Request Status: Submitted
- Description: A summary database of information for all APPROVED loans under the Paycheck Protection Program for mid-Atlantic region recipients from the time the program began accepting applications through the date on which this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable.

--
Rolfe Winkler
**REPORTER**

## THE WALL STREET JOURNAL.

**LinkedIn profile:** https://www.linkedin.com/in/rolfewinkler
**M:** +1 847-380-0751
**E:** rolfe.winkler@wsj.com



## Fwd: FOIA Request SBA-2020-001088 Submitted

1 message

---------- Forwarded message ---------
From: <admin@foiaonline.gov>
Date: Mon, May 4, 2020 at 10:24 AM
Subject: FOIA Request SBA-2020-001088 Submitted
To: <rolfe.winkler@wsj.com>


This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SBA-2020-001088
- Requester Name: Rolfe Winkler
- Date Submitted: 05/04/2020
- Request Status: Submitted
- Description: Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, please provide me:
  • A summary database of information for all APPROVED Paycheck Protection Program loans made via Silicon Valley Bank from the time the program began accepting applications through the date this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable.

  Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia -- under "frequently requested records."

  Please transmit these records to me electronically, via email or another electronic means. My email address is: rolfe.winkler@wsj.com. Please do not print and mail me paper records if it is not necessary to do so.


--
Rolfe Winkler
**REPORTER**

## THE WALL STREET JOURNAL.

**LinkedIn profile:** https://www.linkedin.com/in/rolfewinkler
**M:** +1 847-380-0751
**E:** rolfe.winkler@wsj.com