# Exhibit 36



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF DISASTER ASSISTANCE

April 27, 2020

Aaron Glantz
Center for Investigative Reporting
630 Head Street
San Francisco, CA 94132

aglantz@revealnews.org

Re: FOIA Request - SBA-2020-000830

Dear Mr. Glantz,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000830 in which you have requested the following records:

> Spreadsheets (.csv, excel, etc.) listing each individual loan granted through each Small Business Administration's lending programs responding to the COVID-19 pandemic.
> ● A spreadsheet showing each individual loan granted under the Paycheck Protection Program (PPP), from the creation of the program to the date of fulfillment.
> I am requesting all information publicly releasable under to law, including but not limited to the fields typically disclosed for every loan for the SBA's 7a loan program, including:
> ❖ Names and commercial street address, including state and zip code, and email addresses of recipients of approved loans
> ❖ The race of the borrower
> ❖ The gender of the borrower
> ❖ The name of the participating bank
> ❖ Names of officers, directors, stockholders or partners of recipient firms.
> ❖ The NAICS code of the business
> ❖ Amounts of loans, loan terms, interest rates, maturity dates.
> ● A spreadsheet showing each individual loan granted under the Economic Injury Disaster Loan program from March 1, 2020 to the date of fulfillment, to the level of detail described above for the PPP program.
> ● A spreadsheet showing each individual loan granted under the SBA Bridge Loan program from March 1, 2020 to the date of fulfillment, to the level of detail described above for the PPP program.
> ● A spreadsheet showing each individual action under the SBA Debt Relief program from March 1, 2020 to the date of fulfillment, to the level of detail described above for the PPP program.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

>Office of Hearings and Appeals
>Attention: Delorice Ford, FOIA Officer
>409 3rd Avenue, SW – 8th Floor
>Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road--OGIS
>College Park, MD 20740-6001
>ogis@nara.gov
>ogis.archives.gov
>202-741-5770
>877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance