Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WP COMPANY LLC, ET AL

    Plaintiff

vs.

U.S. SMALL BUSINESS ADMINISTRATION

    Defendant

Civil No.   20-1240   (JEB)

Category   I

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  6/1/2020  from  Judge Amy Berman Jackson

to  Judge James Boasberg  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:   Judge Amy Berman Jackson   & Courtroom Deputy
      Judge James Boasberg   & Courtroom Deputy
Liaison, Calendar and Case Management Committee