IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WP COMPANY LLC**
**d/b/a THE WASHINGTON POST, et al.**,

        Plaintiffs,

v.

**U.S. SMALL BUSINESS ADMINISTRATION**,

        Defendant.

Case No. 1:20-cv-1240-JEB

## PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's June 15, 2020 Minute Order, Plaintiffs WP Company LLC d/b/a The Washington Post, Bloomberg L.P., Dow Jones & Company, Inc., Pro Publica, Inc., The New York Times Company, American Broadcasting Companies, Inc. d/b/a ABC News, American City Business Journals, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, The Associated Press, and The Center for Investigative Reporting d/b/a Reveal, and Defendant the U.S. Small Business Administration, submit their proposed briefing schedules.

### Plaintiffs' Proposal

The Coronavirus Aid, Relief, and Economic Security ("CARES") Act, passed in March 2020, represents the largest financial stimulus package in American history. Its centerpiece is the Paycheck Protection Program ("PPP"), through which the federal government provides funds to businesses that may be struggling through this period of economic disruption. These funds are provided as loans, but Defendant, which administers the PPP, has pledged to forgive them if the recipients use the money for certain expenses if they adhere to the statutory requirements. To date, Defendant has guaranteed more than half a trillion dollars through the PPP and more than $100 billion through its Economic Injury Disaster Loan ("EIDL") program.

As the D.C. Circuit has held, "there is a special need for public scrutiny of agency action that distributes extensive amounts of public funds in the form of subsidies and other financial benefits." *Multi AG Media LLC v. Dep't of Agric.*, 515 F.3d 1224, 1232 (D.C. Cir. 2008). That is why Plaintiffs filed the Freedom of Information Act ("FOIA") requests at issue in this lawsuit, which seek basic information about the recipients of this historically "extensive" payout of taxpayer funds. It is also why Plaintiffs respectfully urge the Court to set a briefing schedule to allow for production of these records <u>before the November 2020 general election</u>, so that voters will be able to consider the information released when they cast their ballot for or against the members of Congress who passed the CARES Act and the President who signed it into law and whose Administration has managed the PPP and EIDL programs thus far.

The Defendant's Proposal below seeks to set the timeline for the resolution of this litigation and the release of public records back even further by starting with a proposed July 17 deadline – three weeks from now – to "issue a final response to all of the FOIA requests described in the Complaint." That starting point is entirely inappropriate. Defendant already has issued what it purports to be final responses under the FOIA statute, in which Congress provided agencies 20 working days to respond to FOIA requests absent "unusual circumstances" not applicable here. 5 U.S.C. § 552(a)(6). *See, e.g.*, Am. Compl., Ex. 26 (ECF 5-26) (Defendant's response letter to Associated Press request SBA-2020-000594) and Ex. 25 (ECF 5-25) (Defendant's description of that letter as a "final disposition"), attached as Plaintiffs' Exhibits A and B, respectively, to this Proposed Briefing Schedule. The appropriate starting point for this schedule, therefore, is the Defendant's actual production of records, submission of a Vaughn index, and filing of its motion for summary judgment as to any records it seeks to withhold.

Plaintiffs accordingly propose the following deadlines for production of responsive

records and summary judgment briefing as to any such records that Defendant seeks to withhold:

- **July 13, 2020:** Defendant's production of responsive records and motion for summary judgment as to any responsive records it seeks to withhold;

- **August 3, 2020:** Plaintiffs' cross-motion for summary judgment and opposition to Defendant's motion;

- **August 17, 2020:** Defendant's opposition to Plaintiffs' cross-motion and reply in support of its motion; and

- **August 24, 2020:** Plaintiffs' reply in support of their cross-motion.

## **Defendant's Proposal**

SBA proposes the following schedule:

- On or before **July 17, 2020**, the SBA shall issue a final response to all of the FOIA requests described in the Complaint, listed below by tracking number, and produce any responsive non-exempt records:

    - The Washington Post (SBA-2020-000946, SBA-2020-000947)

    - Bloomberg News (SBA-2020-000555, SBA-2020-000557, SBA-2020-000622, SBA-2020-000620, SBA-2020-000910, SBA-2020-000911, SBA-2020-000995, SBA-2020-001018, SBA-2020-0001019)

    - Dow Jones (SBA-2020-000580, SBA-2020-000666, SBA-2020-000950, SBA-2020-001060, SBA-2020-001071, SBA-2020-001072, SBA-2020-001088)

    - ProPublica (SBA-2020-000914, SBA-2020-001043)

    - The New York Times (SBA-2020-00982)

    - ACBJ (SBA-2020-000628, SBA-2020-000630)

    - ABC News (SBA-2020-000586)

    - CNN (SBA-2020-000626)

    - Associated Press (SBA-2020-000594, SBA-2020-000882)

    - NBC News (SBA-2020-000658, SBA-2020-000660, SBA-2020-001029)

    - Reveal (SBA-2020-000828, SBA-2020-000830)

- No more than seven (7) days after the SBA issues its final response, Plaintiffs

shall inform the SBA of the scope of its challenges to the search and/or any withholdings.

SBA further proposes the following schedule for summary judgment briefing, as needed, on the propriety of any withholdings:

- **August 17, 2020:** SBA's motion for summary judgment
- **September 8, 2020:** Plaintiffs' cross-motion and opposition
- **September 22, 2020:** SBA's opposition and reply
- **September 29, 2020:** Plaintiffs' reply

SBA stated in its response to the Plaintiffs' FOIA requests that SBA was providing statistical information on the Paycheck Protection Program (PPP) loans and Economic Injury Disaster Loans (EIDL), and SBA directed each requester to SBA's website, which in turn states: "In the near future, we will be able to turn our efforts to providing loan-specific data to the public, but hope that all understand the need for the Agency to focus its efforts on fulfilling the urgent needs of small businesses."  SBA, *FOIA—Frequently requested records*, https://www.sba.gov/about-sba/open-government/foia (last visited June 26, 2020).  SBA is now turning its efforts to the release of records regarding specific borrowers, and now intends to release information in the next two weeks.  SBA's proposed schedule provides an orderly timetable for that information to be released and for the parties to then assess the scope of the dispute, if any, before briefing.  Plaintiffs' proposed schedule, by contrast, would not provide sufficient time for that assessment and therefore could result in a waste of party and court resources.

Dated: June 29, 2020                Respectfully submitted,

                                    BALLARD SPAHR LLP

                                    /s/ *Charles D. Tobin*
                                    Charles D. Tobin (#455593)
                                    Maxwell S. Mishkin (#1031356)
                                    Kristel Tupja (*admission pending*)
                                    1909 K Street, NW, 12th Floor
                                    Washington, DC 20006
                                    Telephone: (202) 661-2200
                                    Fax: (202) 661-2299
                                    tobinc@ballardspahr.com
                                    mishkinm@ballardspahr.com
                                    tupjak@ballardspahr.com

                                    *Counsel for Plaintiffs*


                                    JOSEPH H. HUNT
                                    Assistant Attorney General

                                    ELIZABETH J. SHAPIRO
                                    Deputy Director

                                    /s/ *Indraneel Sur*
                                    INDRANEEL SUR
                                    (D.C. Bar No. 978017)
                                    Trial Attorney
                                    U.S. Department of Justice,
                                    Civil Division, Federal Programs Branch
                                    P.O. Box 883
                                    Washington, DC 20044
                                    Tel.: (202) 616-8488
                                    Email: indraneel.sur@usdoj.gov

                                    *Counsel for Defendant*