UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC d/b/a THE WASHINGTON POST, BLOOMBERG L.P., DOW JONES & COMPANY, INC., PRO PUBLICA, INC., THE NEW YORK TIMES COMPANY, AMERICAN BROADCASTING COMPANIES, INC. d/b/a ABC NEWS, AMERICAN CITY BUSINESS JOURNALS, CABLE NEWS NETWORK, INC., NBCUNIVERSAL MEDIA, LLC d/b/a NBC NEWS, THE ASSOCIATED PRESS, THE CENTER FOR INVESTIGATIVE REPORTING d/b/a REVEAL,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION,<br><br>*Defendant*. | Case No. 1:20-cv-01240 (JEB) |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER
AND MEMORANDUM IN SUPPORT**

Defendant U.S. Small Business Administration (SBA or the Agency) respectfully requests until July 22, 2020, a 9-day extension, to produce certain records regarding Economic Injury Disaster Loans ("EIDL") and related emergency grants requested by several of the Plaintiffs whose Freedom of Information Act ("FOIA") claims are presented in this action. This Court's order of June 29 provides a deadline of today for the Agency's production of nonexempt records responsive to Plaintiffs' FOIA requests.

Plaintiffs have alleged claims arising from FOIA requests seeking records regarding loans under the Paycheck Protection Program ("PPP") loans. On Monday, July 6, 2020, SBA

-2-

announced it was making available detailed loan-level data regarding the loans made under the PPP.  *See* SBA and Treasury Announce Release of Paycheck Protection Program Loan Data, Rel. No. 20-54, *available at* https://www.sba.gov/about-sba/sba-newsroom/press-releases-media-advisories/sba-and-treasury-announce-release-paycheck-protection-program-loan-data.  That disclosure covers each of the 4.9 million PPP loans that have been made—and that disclosure addresses the bulk of Plaintiffs' requests.

Moreover, some Plaintiffs also have sought records regarding EIDL and related emergency grants.  Many of the same SBA personnel who are implementing the EIDL program and the related grants are also responsible for preparing for public release of the records regarding EIDL.  Because of the effort needed to process the discrete EIDL and related records for production, SBA requests additional time to allow those personnel to complete their review of the records so that responsive information can be released.  In particular, SBA respectfully requests that it be given until July 22, 2020 to produce the responsive information as to EIDL and related grants.

SBA regrets that it did not initially appreciate the time involved in preparing the EIDL records at issue in this case for production, which prevented the Agency from more promptly notifying the Court of its needs.  As of July 3, 2020, SBA approved 2,235,192 EIDL loans.  *See* Disaster Assistance Update—Nationwide EIDL Loans, *available at* https://www.sba.gov/sites/default/files/2020-07/EIDL%20COVID-19%20Loan%207.3.20-508.pdf.  Also as of July 3, 2020, SBA disbursed 4,946,997 EIDL advances.  *See* Disaster Assistance Update—EIDL Advance, *available at* https://www.sba.gov/sites/default/files/2020-07/EIDL%20COVID-19%20Advance%207.3.20-508.pdf.

-3-

Providing the requested additional 9 days for SBA to produce the responsive information as to EIDL and related grants would not meaningfully affect Plaintiffs because the bulk of their requests seek records regarding PPP loans.  As to PPP loans, SBA has already provided substantial disclosure, and the timing of the production of the EIDL and related grant record will not affect the parties' formulation of a briefing schedule regarding the FOIA claims as to the PPP loans.  Good cause therefore exists for SBA's requested extension.

Under Local Civil Rule 7(m), counsel for SBA emailed counsel for Plaintiffs today about the subject of this motion.  Counsel for Plaintiffs indicated that Plaintiffs may not be able to respond before SBA needed to file this motion.

Accordingly, SBA respectfully requests that the Court modify the scheduling order by granting the Agency until July 22, 2020 to produce the responsive information as to EIDL and related grants.

-4-

Date: July 13, 2020                                          Respectfully submitted,

                                                                         ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

    */s/ Indraneel Sur*
INDRANEEL SUR
(D.C. Bar No. 978017)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel.: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendant*