IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WP COMPANY LLC**
**d/b/a THE WASHINGTON POST, et al.**,

        Plaintiffs,

v.

**U.S. SMALL BUSINESS ADMINISTRATION**,

        Defendant.

Case No. 1:20-cv-1240-JEB

### PLAINTIFFS' OPPOSITION TO DEFENDANT'S
### MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Court's July 14, 2020 Minute Order, Plaintiffs WP Company LLC d/b/a The Washington Post, Bloomberg L.P., Dow Jones & Company, Inc., Pro Publica, Inc., The New York Times Company, American Broadcasting Companies, Inc. d/b/a ABC News, American City Business Journals, Inc., Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, The Associated Press, and The Center for Investigative Reporting d/b/a Reveal, hereby oppose Defendant the U.S. Small Business Administration's Motion For Modification of Scheduling Order (Dkt. 11).

On June 29, 2020, the Court ordered Defendant to "issue a final response" to all of Plaintiffs' FOIA requests at issue in this case and to "produce any responsive non-exempt records" by July 13, 2020.  *See* Minute Order, June 29, 2020.  On the day of that deadline, however, Defendant moved for a 9-day extension to produce records related to the Economic Injury Disaster Loans program and related emergency grants (together, the "EIDL records"). Dkt. 11 at 1.  Defendant states that it requires the additional time for its personnel "to complete their review of the records so that responsive information can be released," and that "it did not initially appreciate the time involved in preparing the EIDL records at issue in this case for

production." *Id.* at 2.

While Plaintiffs would not ordinarily oppose such a requested extension, three factors compel them to do so here. First, as Plaintiffs explained in their portion of the initial Joint Status Report, the public has a compelling need for the <u>prompt</u> release of information about "extensive" disbursements of public funds, which no doubt includes the EIDL records. Dkt. 10 at 2. Indeed, the need for prompt disclosure of these records is all the more pressing given that, after a hiatus, Defendant has "resumed accepting" COVID-related EIDL applications. *See* https://www.sba.gov/funding-programs/disaster-assistance/coronavirus-covid-19.

Second, Defendant's release of PPP data shows that it has not necessarily required all of the processing time it has previously sought. On July 6, 2020, Defendant made a public release of some of the PPP data that Plaintiffs requested here. *See* https://www.sba.gov/about-sba/sba-newsroom/press-releases-media-advisories/sba-and-treasury-announce-release-paycheck-protection-program-loan-data. Yet the agency waited another full week, until its deadline of July 13, 2020, to notify Plaintiffs that this release represented all of the responsive non-exempt records that Defendant would produce with respect to loan-level PPP data. It would not be appropriate for Defendant to once again receive additional time purportedly to process records for release to Plaintiffs only to "voluntarily" release that same data to the public at large in advance of the deadline.

Third, Defendant's partial withholding of PPP data suggests that its release of EIDL data likewise may not satisfy Plaintiffs' FOIA requests in full, which will require adjudication. In the interest of judicial economy, however, the parties should not be required to litigate the agency's PPP withholdings and its EIDL withholdings separately. Defendant should therefore produce non-exempt EIDL records in advance of the deadline to propose a briefing schedule as to its

withholdings – precisely as this Court directed.  *See* Minute Order, June 29, 2020.

For these reasons, Plaintiffs respectfully request that the Court deny Defendant's Motion.

| | |
|---|---|
| Dated:  July 15, 2020 | Respectfully submitted, |

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Kristel Tupja (*admission pending*)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
tupjak@ballardspahr.com

*Counsel for Plaintiffs*