# EXHIBIT A

8/17/2020                                    FOIAonline Submission Details

## SBA-2020-000946 Request Details

**Case Status:** Closed  **Due Date:** 06/08/2020  **Clock Days:** 36  **Backlogged**

**Case Phase:** Closed

### Requester Information

| | |
|---|---|
| **Requester** | Nate Jones |
| **Organization** | The Washington Post |
| **Requester Has Account** | No |
| **Email Address** | Nate.Jones@washpost.com |
| **Phone Number** | |
| **Fax Number** | |
| **Address** | 1301 K STREET, N.W |
| **City** | Washington |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20071 |
| **Tracking Number** | SBA-2020-000946 |
| **Submitted Date** | 04/24/2020 |
| **Received Date** | 04/24/2020 |
| **Perfected Date** | 04/24/2020 |
| **Last Assigned Date** | 04/24/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Melinda Edwards (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $100.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 06/16/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | No |
| **Fee Waiver Status** | |
| **Expedited Processing Requested** | No |
| **Expedited Processing Status** | |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| ★ **Perfected Date** | 04/24/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | Yes |
| **Extension Justification** | Pandemic |
| **Litigation** | No |
|     **5 Day Notifications** | |

### Description

2000/2000

SBA_000001

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following:

1. Data from the Paycheck Protection Program loan program, including names of applicants, dates of applications, and loan amounts approved from April 3, 2020 until the completion of this loan program. The SBA's website defines the following as information generally disclosed under FOIA and we request this data for all recipients of Paycheck Protection Act loans:
•   Names and commercial street and email addresses of recipients of approved loans;
•   Date of loan approval and date of disbursement (if available);
•   Names of officers, directors, stockholders or partners of recipient firms;
•   Kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose;
•   Identity and location of participating banks.

As you know, The Paycheck Protection Program loan application clearly states: "…SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity." Previous SBA loan information in this program has been released in response to FOIA requests and is currently on the SBA's online FOIA reading room.

2. Data from the Economic Injury Disaster loan program (EIDL), including names of applicants, dates of applications, and loan amounts approved from March 12, 2020 until the completion of this loan program. We request that the data include:
•   Names and commercial street and email addresses of recipients of approved loans;
•   Date of loan approval and date of disbursement (if available);
•   Names of officers, directors, st

**Has Description Been Modified**

**Description Available to the Public**      No

**Short Description**

## Attached Supporting Files

**Attachments Available to the Public**      No

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

**Drag files here**

**Upload Supporting Files**

SBA_000002



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

June 15, 2020

Nate Jones
Nate.Jones@washpost.com

Re: SBA-2020-000946 Request Response

Dear Mr. Jones,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000946 in which you have requested the following:

> "1.  Data from the Paycheck Protection Program loan program, including names of applicants, dates of applications, and loan amounts approved from April 3, 2020 until the completion of this loan program. The SBA's website defines the following as information generally disclosed under FOIA and we request this data for all recipients of Paycheck Protection Act loans:
>
> •     Names and commercial street and email addresses of recipients of approved loans;
> •     Date of loan approval and date of disbursement (if available);
> •     Names of officers, directors, stockholders or partners of recipient firms;
> •     Kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose;
> •     Identity and location of participating banks.

As you know, The Paycheck Protection Program loan application clearly states: "…SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity."  Previous SBA loan information in this program has been released in response to FOIA requests and is currently on the SBA's online FOIA reading room.

2.  Data from the Economic Injury Disaster loan program (EIDL), including names of applicants, dates of applications, and loan amounts approved from March 12, 2020 until the completion of this loan program.

Mr. Jones
Page 2

We request that the data include:

- Names and commercial street and email addresses of recipients of approved loans;
- Date of loan approval and date of disbursement (if available);
- Names of officers, directors, st"

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

This response is for the PPP requests only. You will receive a separate response from the Office of Disaster Assistance regarding whether that office has responsive records to your EIDL request.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Oreoluwa Fashola, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

Mr. Jones
Page 3

The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF DISASTER ASSISTANCE

June 12, 2020

Nate Jones
The Washington Post
1301 K Street, NW
Washington, DC  20071

Nate.jones@washpost.com

Re: FOIA Request - SBA-2020-000947

Dear Mr. Jones,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000947 in which you have requested the following:

1. Data from the Paycheck Protection Program loan program, including names of applicants, dates of applications, and loan amounts approved from April 3, 2020 until the completion of this loan program. The SBA's website defines the following as information generally disclosed under FOIA and we request this data for all recipients of Paycheck Protection Act loans:
- Names and commercial street and email addresses of recipients of approved loans;
- Date of loan approval and date of disbursement (if available);
- Names of officers, directors, stockholders or partners of recipient firms;
- Kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose;
- Identity and location of participating banks.

As you know, The Paycheck Protection Program loan application clearly states: "…SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity." Previous SBA loan information in this program has been released in response to FOIA requests and is currently on the SBA's online FOIA reading room.

2. Data from the Economic Injury Disaster loan program (EIDL), including names of applicants, dates of applications, and loan amounts approved from March 12, 2020 until the completion of this loan program. We request that the data include:
- Names and commercial street and email addresses of recipients of approved loans;
- Date of loan approval and date of disbursement (if available);
- Names of officers, directors, stockholders or partners of recipient firms;
- Kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose;
- Identity and location of participating banks.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32  Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Oreoluwa Fashola, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance

# EXHIBIT B

# Bloomberg

April 8, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1. *Records of approved Paycheck Protection Program loans, for each loan approved between 3/27/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32*

2. *Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 3/6/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.*

3. *Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 3/27/2020 and 4/8/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.*

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

**Bloomberg**

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization.  I request the Records to inform the public about matters of public concern.  As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages.  Please waive all applicable fees.  In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250.  If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing:  Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency.  Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days.  In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter.  This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure.  Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

Please contact me if I may assist in your office's response to this request.  As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider
Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

April 15, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1. *Records of approved Paycheck Protection Program loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32*

2. *Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.*

3. *Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/9/2020 and 4/15/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.*

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization.  I request the Records to inform the public about matters of public concern.  As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages.  Please waive all applicable fees.  In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250.  If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing:  Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency.  Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days.  In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter.  This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure.  Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

Please contact me if I may assist in your office's response to this request.  As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider
Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

April 23, 2020
Oreoluwa Fashola
Chief, Freedom of Information/Privacy Act
U.S. Small Business Administration
409 Third St. SW, Washington, D.C., 20416

*BY EMAIL*

FREEDOM OF INFORMATION ACT REQUEST

*EXPEDITED PROCESSING REQUESTED*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1. *Records of approved Paycheck Protection Program loans, for each loan approved between 4/1 /2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32*

2. *Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/1 /2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.*

3. *Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/1 /2020 and 4/22/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.*

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

**Bloomberg**

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

I am a reporter for Bloomberg News, an accredited and recognized news-gathering organization. I request the Records to inform the public about matters of public concern. As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages. Please waive all applicable fees. In the event a fee waiver is not granted, I agree to pay reasonable fees for the Records, including actual costs up to $250. If you estimate that actual costs will exceed this amount, please contact me so that I may make the appropriate arrangements for payment.

I request that these materials be subject to expedited processing: Bloomberg News is engaged in the dissemination of information to the public and the subject matter related to this request is a matter of great public interest, debate, and urgency. Specifically, the survival of the U.S. economy, and especially small businesses, during the Covid-19 pandemic is a matter of great public concern; the SBA's loan programs are the central pillar of the U.S. government's plan to rescue small businesses; and accountability, scrutiny, and oversight of these efforts depends on timely public disclosure of the SBA's actions.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

FOIA requires that your agency respond to my request for expedited treatment within 10 business days. In the event your agency denies my request for expedited treatment, whether through your agency's affirmative denial of the request for expedited treatment or through your agency's failure to respond to the request for expedited treatment, then FOIA requires that your agency nonetheless respond to the underlying request for information within 20 business days of receipt of this letter. This request is segregable, and your agency may not withhold entire records because of one section that you believe is exempt from disclosure. Under federal law, if you choose to withhold any such parts of the records from disclosure, you must specify in a written response the factual and legal basis for withholding any part of the Records.

Please contact me if I may assist in your office's response to this request. As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Thank you for your assistance.

Sincerely,

/S/    Zachary Mider

Zachary R. Mider
Bloomberg News
401-499-8119 (mobile)
zmider1@bloomberg.net
CC: Robert Friedman
Katherine K. Graham, Newsroom Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

8/17/2020                                    FOIAonline Submission Details

## SBA-2020-001018 Request Details    **Case Phase:** Closed   **Case Status:** Closed   **Due Date:** 06/04/2020   **Clock Days:** 3

### Requester Information

| | |
|---|---|
| **Requester** | Zachary Mider |
| **Organization** | Bloomberg News |
| **Requester Has Account** | No |
| **Email Address** | zmider1@bloomberg.net |
| **Phone Number** | 4014998119 |
| **Fax Number** | |
| **Address** | 409 3rd st sw |
| **City** | Washington |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20416 |
| **Tracking Number** | SBA-2020-001018 |
| **Submitted Date** | 04/29/2020 |
| **Received Date** | 04/29/2020 |
| **Perfected Date** | 05/06/2020 |
| **Last Assigned Date** | 04/29/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Melinda Edwards (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $250.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 05/11/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 05/06/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

### Description

1639/2000

SBA_000017

Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 et seq.("FOIA"), I request access to and copies of the following records ("the Records"):

1.   Records of approved Paycheck Protection Program loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

2.   Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

3.   Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/23/2020 and 4/29/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API.

**Has Description Been Modified**

**Description Available to the Public**          No

**Short Description**

## Attached Supporting Files

**Attachments Available to the Public**          No

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

**Drag files here**

**Upload Supporting Files**

SBA_000018



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

April 20, 2020

Zachary R Mider
zmider1@bloomberg.net

Re: SBA-2020-000555 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000555 in which you have requested the following:

> "1. Records of approved Paycheck Protection Program loans, for each loan approved between 3/27/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32
>
> 2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 3/6/2020 and 4/8/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.
>
> 3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 3/27/2020 and 4/8/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the future, we will be able to turn our efforts to providing loan specific data to the public but hope that all understand the need for the Agency to focus its efforts fulfilling the

Mr. Zachary Mider
Page 2

needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.
If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

April 21, 2020

Zachary R. Mider
zmider1@bloomberg.net

Re: FOIA Request - SBA-2020-000557 and SBA-2020-000622

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000557 and SBA-2020-000622 in which you have requested access to and copies of the following records ("the Records"):

1. Records of approved Paycheck Protection Program loans, for each loan approved between 3/27/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 3/6/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 3/27/2020 and 4/15/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.  At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak.  The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises.  In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses.  This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

April 23, 2020

Zachary R Mider
zmider1@bloomberg.net

Re: SBA-2020-000620 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000620 in which you have requested the following:

> "1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32
>
> 2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/9/2020 and 4/15/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.
>
> 3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/9/2020 and 4/15/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district."

This letter is in response to your first request. You will receive a response to your other two requests from the Office of Disaster Assistance.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to

Mr. Zachary Mider
Page 2

the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the future, we will be able to turn our efforts to providing loan specific data to the public but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 4, 2020

Zachary Mider
zmider1@bloomberg.net

Re: SBA-2020-000910 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000910 in which you have requested the following:

> "1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32
>
> 2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.
>
> 3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/16/2020 and 4/22/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

Mr. Mider
Page 2

This response is for the PPP requests only. You will receive a separate response from the Office of Disaster Assistance regarding whether that office has responsive records to your EIDL request.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF DISASTER ASSISTANCE

May 14, 2020

Zachary R. Mider
zmider1@bloomberg.net

Re: FOIA Request - SBA-2020-000911

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000911 in which you have requested access to and copies of the following records ("the Records"):

> 1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

> 2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/16/2020 and 4/22/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

> 3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/16/2020 and 4/22/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32   Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 6, 2020

Zachary Mider
zmider1@bloomberg.net

Re: SBA-2020-001018 Request Response

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-001018 in which you have requested the following:

"1.     Records of approved Paycheck Protection Program loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

2.     Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

3.     Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/23/2020 and 4/29/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

I am further requesting that the Records be provided to me on computer files, in a .csv format or other commonly-used data format, and that they be provided to me through email, file-sharing service, or API."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

Mr. Mider
Page 2

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select
"COVID-19 Information" located under Frequently requested records to obtain the data that is
currently available.

This response is for the PPP requests only. You will receive a separate response from the Office
of Disaster Assistance regarding whether that office has responsive records to your EIDL
request.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within
90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of
Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal
FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA
requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration

SBA_000030



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

June 18, 2020

Zachary R. Mider
zmider1@bloomberg.net

Re: FOIA Requests – SBA-2020-001019

Dear Mr. Mider,

This letter is in response to your Freedom of Information Act ("FOIA") requests No. SBA-2020-001019, in which you have requested the following records:

> 1. Records of approved Paycheck Protection Program loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for 7(a) loans published on the SBA's website here: https://www.sba.gov/about-sba/open-government/foia#section-header-32

> 2. Records of approved Covid-19 Economic Injury Disaster Loans, for each loan approved between 4/23/2020 and 4/29/2020. I request data on each loan in the same format as currently provided by the SBA for EIDL's (CFDA 59.008) published on usaspending.gov.

> 3. Records of approved Emergency Economic Injury Disaster Loan Grants, as authorized under Section 1110 of the CARES Act, for each grant approved between 4/23/2020 and 4/29/2020. I request data on each loan in a similar format as that provided by the SBA for all EIDL's (CFDA 59.008) published on usaspending.gov. These should include but need not be limited to the following fields: value of emergency grant, face value of related EIDL loan, action date, recipient name, recipient parent duns, recipient parent name, recipient address, recipient city name, recipient county code, recipient county name, recipient state code, recipient state name, recipient ZIP code, recipient congressional district.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32  Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90

days of the date of this letter to:

>Office of Hearings and Appeals
>Attention: Oreoluwa Fashola, FOIA Officer
>409 3rd Avenue, SW – 8th Floor
>Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road--OGIS
>College Park, MD 20740-6001
>ogis@nara.gov
>ogis.archives.gov
>202-741-5770
>877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance

# EXHIBIT C

8/17/2020                                          FOIAonline Submission Details

## SBA-2020-000580 Request Details   **Case Phase:** Closed   **Case Status:** Closed   **Due Date:** 05/11/2020   **Clock Days:** 5

### Requester Information

| | |
|---|---|
| **Requester** | Rolfe Winkler |
| **Organization** | Wall Street Journal |
| **Requester Has Account** | No |
| **Email Address** | rolfe.winkler@wsj.com |
| **Phone Number** | 8473800751 |
| **Fax Number** | |
| **Address** | 85 Oak Road |
| **City** | Orinda |
| **State/Province** | CA |
| **Zip Code/Postal Code** | 94563 |
| **Tracking Number** | SBA-2020-000580 |
| **Submitted Date** | 04/13/2020 |
| **Received Date** | 04/13/2020 |
| **Perfected Date** | 04/13/2020 |
| **Last Assigned Date** | 04/13/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Melinda Edwards (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $25.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 04/20/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 04/13/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

### Description

1424/2000

SBA_000033

• a summary database of information for all APPROVED loans under the Paycheck Protection Program of the 2020 CARES Act from the time the program began accepting applications through the end of business on April 13, 2020. Please include all data fields the Small Business Administration tracks for each loan that it determines is information generally disclosed under FOIA, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable

Please transmit these records to me electronically, via email or another electronic means. My email address is: rolfe.winkler@wsj.com. Please do not print and mail me paper records if it is not necessary to do so.

Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia -- under "frequently requested records."

| | |
|---|---|
| **Has Description Been Modified** | |
| **Description Available to the Public** | No |
| **Short Description** | |

## Attached Supporting Files

| | |
|---|---|
| **Attachments Available to the Public** | No |

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

> **Drag files here**
>
> **Upload Supporting Files**

SBA_000034

8/17/2020                                    FOIAonline Submission Details

## SBA-2020-001060 Request Details    **Case Phase:** Closed  **Case Status:** Closed  **Due Date:** 06/01/2020  **Clock Days:** 6

### Requester Information

| | |
|---|---|
| **Requester** | Rolfe Winkler |
| **Organization** | Wall Street Journal |
| **Requester Has Account** | No |
| **Email Address** | rolfe.winkler@wsj.com |
| **Phone Number** | 8473800751 |
| **Fax Number** | |
| **Address** | 409 3rd st sw |
| **City** | Washington |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20416 |
| **Tracking Number** | SBA-2020-001060 |
| **Submitted Date** | 05/01/2020 |
| **Received Date** | 05/01/2020 |
| **Perfected Date** | 05/01/2020 |
| **Last Assigned Date** | 05/05/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Mr. Oreoluwa Fashola (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $25.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 05/11/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 05/01/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

### Description

1200/2000

SBA_000035

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, please provide me:
•      A summary database of information for all APPROVED Paycheck Protection Program loans from the time the program began accepting applications through the date on which this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable.
Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia -- under "frequently requested records."

| | |
|---|---|
| **Has Description Been Modified** | |
| **Description Available to the Public** | No |
| **Short Description** | |

## Attached Supporting Files

| | |
|---|---|
| **Attachments Available to the Public** | No |

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

Drag files here

Upload Supporting Files

SBA_000036

8/17/2020                                    FOIAonline Submission Details

## SBA-2020-001088 Request Details

**Case Status:** Closed   **Due Date:** 06/16/2020   **Clock Days:** 31   **Backlogged**

**Case Phase:** Closed

### Requester Information

| | |
|---|---|
| **Requester** | Rolfe Winkler |
| **Organization** | Wall Street Journal |
| **Requester Has Account** | No |
| **Email Address** | rolfe.winkler@wsj.com |
| **Phone Number** | 8473800751 |
| **Fax Number** | |
| **Address** | 409 3rd st sw |
| **City** | Washington |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20416 |
| **Tracking Number** | SBA-2020-001088 |
| **Submitted Date** | 05/04/2020 |
| **Received Date** | 05/04/2020 |
| **Perfected Date** | 05/04/2020 |
| **Last Assigned Date** | 05/04/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Mr. Oreoluwa Fashola (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $25.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 06/17/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 05/04/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | Yes |
| **Extension Justification** | COVID-19 Pandemic |
| **Litigation** | No |
| **5 Day Notifications** | |

### Description

1437/2000

SBA_000037

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, please provide me:
• A summary database of information for all APPROVED Paycheck Protection Program loans made via Silicon Valley Bank from the time the program began accepting applications through the date this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable.

Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia -- under "frequently requested records."

Please transmit these records to me electronically, via email or another electronic means. My email address is: rolfe.winkler@wsj.com. Please do not print and mail me paper records if it is not necessary to do so.

**Has Description Been Modified**

**Description Available to the Public**      | No ▼ |

**Short Description**      | |

## Attached Supporting Files

**Attachments Available to the Public**      | No ▼ |

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| | No supporting files have been uploaded. | | |

## Upload Supporting Files

No supporting files have been uploaded.

**Drag files here**

**Upload Supporting Files**

SBA_000038



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

April 20, 2020

Rolfe Winkler
85 Oak Road
Orinda, CA 94563
rolfe.winkler@wsj.com

Re: SBA-2020-000580 Request Response

Dear Mr. Winkler,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000580 in which you have requested the following:

> "a summary database of information for all APPROVED loans under the Paycheck Protection Program of the 2020 CARES Act from the time the program began accepting applications through the end of business on April 13, 2020. Please include all data fields the Small Business Administration tracks for each loan that it determines is information generally disclosed under FOIA, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable"

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the future, we will be able to turn our efforts to providing loan specific data to the public but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

Mr. Rolfe Winkler
Page 2

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 6, 2020

Rolfe Winkler
rolfe.winkler@wsj.com

Re: SBA-2020-001060 Request Response

Dear Mr. Winkler,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-001060 in which you have requested the following:

> "A summary database of information for all APPROVED Paycheck Protection Program loans from the time the program began accepting applications through the date on which this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable.
> Please note that the information I have requested is either expressly classified on SBA's website as "information generally disclosed" or consistent with the categories of information included in the "loan data reports" regularly updated on SBA's website -- https://www.sba.gov/about-sba/open-government/foia -- under "frequently requested records."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

Mr. Rolfe Winkler
Page 2

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

Office of Hearings and Appeals
Attention: Delorice Ford, FOIA Officer
409 3rd Avenue, SW – 8th Floor
Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
ogis@nara.gov
ogis.archives.gov
202-741-5770
877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 6, 2020

Rolfe Winkler
rolfe.winkler@wsj.com

Re: SBA-2020-001088 Request Response

Dear Mr. Winkler,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-001088 in which you have requested the following:

> "A summary database of information for all APPROVED Paycheck Protection Program loans made via Silicon Valley Bank from the time the program began accepting applications through the date this request is processed. Please include whatever data fields the Small Business Administration tracks for each loan, including but not limited to: 1) names, commercial street addresses, and e-mail addresses of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, interest rates, maturity dates, general purpose, etc., 4) business type 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

Office of Hearings and Appeals
Attention: Delorice Ford, FOIA Officer
409 3rd Avenue, SW – 8th Floor
Washington, DC 20416

Mr. Rolfe Winkler
Page 2

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration

# EXHIBIT D

8/17/2020                                          FOIAonline Submission Details

## SBA-2020-000914 Request Details    **Case Phase:** Closed  **Case Status:** Closed  **Due Date:** 05/22/2020  **Clock Days:** 7

### Requester Information

| | |
|---|---|
| **Requester** | Paul Kiel |
| **Organization** | ProPublica |
| **Requester Has Account** | Yes |
| **Email Address** | paul.kiel@propublica.org |
| **Phone Number** | 3475733039 |
| **Fax Number** | |
| **Address** | 12-23 Astoria Blvd. Apt. 3 |
| **City** | Astoria |
| **State/Province** | NY |
| **Zip Code/Postal Code** | 11102 |
| **Tracking Number** | SBA-2020-000914 |
| **Submitted Date** | 04/23/2020 |
| **Received Date** | 04/23/2020 |
| **Perfected Date** | 04/24/2020 |
| **Last Assigned Date** | 04/29/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Mr. Oreoluwa Fashola (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $100.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 05/05/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 04/24/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

### Description

1386/2000

SBA_000045

8/17/2020                                    FOIAonline Submission Details

Pursuant to the federal Freedom of Information Act, 5 U.S.C. s. 552, I request loan level information about all loans made under the Paycheck Protection Program (PPP). I also request the same information for Emergency EIDL Grants.

Specifically, for both these programs, I request the same 34 fields the SBA provides through its "SBA 7(a) & 504 loan data reports" on its FOIA website. See: https://www.sba.gov/about-sba/open-government/foia#section-header-32 and http://imedia.sba.gov/vd/general/foia/7a_504_FOIA%20Data%20Dictionary.xlsx

However, in addition to those fields already provided, I also request information on the amount of forgiveness allowed for each loan. This is a special feature of the PPP loans under Section 1106 of the CARES Act.

To be clear, I request information on loans made under the PPP both as authorized under Section 1102 of the CARES Act and as authorized under future laws that extend the program. I also request information on Emergency EIDL Grants made possible under Section 1110 of the CARES Act and any future law.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

|  |  |
|---|---|
| **Has Description Been Modified** |  |
| **Description Available to the Public** | No |
| **Short Description** |  |

## Attached Supporting Files

|  |  |
|---|---|
| **Attachments Available to the Public** | No |

| **Attached File Name** | **Size (MB)** | **File Type** | **Remove** |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

Drag files here

Upload Supporting Files

SBA_000046

8/17/2020                                    FOIAonline Submission Details

## SBA-2020-001043 Request Details  **Case Status:** Closed  **Due Date:** 07/14/2020  **Clock Days:** 22  **Backlogged**

**Case Phase:** Closed

## Requester Information

| | |
|---|---|
| **Requester** | Paul Kiel |
| **Organization** | ProPublica |
| **Requester Has Account** | Yes |
| **Email Address** | paul.kiel@propublica.org |
| **Phone Number** | 3475733039 |
| **Fax Number** | |
| **Address** | 12-23 Astoria Blvd. Apt. 3 |
| **City** | Astoria |
| **State/Province** | NY |
| **Zip Code/Postal Code** | 11102 |
| **Tracking Number** | SBA-2020-001043 |
| **Submitted Date** | 04/30/2020 |
| **Received Date** | 04/30/2020 |
| **Perfected Date** | 06/15/2020 |
| **Last Assigned Date** | 04/30/2020 |
| **Assigned To** | Niya B Attucks (Headquarters) |
| **Last Assigned By** | Melinda Edwards (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $100.00 |

## Closure Information

| | |
|---|---|
| **Closed Date** | 07/16/2020 |
| **Disposition** | Partial Grant/Partial Denial |
| **"Other" Disposition** | |
| **Exemptions Used** | Ex. 4, Ex. 6 |
| **Statutes Used** | |
| **Subtypes Used** | |

## Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 06/15/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

## Description

1095/2000

SBA_000047

Pursuant to the federal Freedom of Information Act, 5 U.S.C. s. 552, I request loan level information about companies that received subsidies for SBA 7(a) loans under Section 1112 of the CARES Act, "Subsidy for Certain Loan Payments." The section enables the SBA to pay the principal, interest, and fees that are owed on specified loans for six months.

In addition to the information the SBA commonly releases through its "SBA 7(a) & 504 loan data reports" on its FOIA website, for each loan, I request the beginning date of the 6-month period that the SBA paid the loan payments, the end date, and the amount paid by the SBA under Section 1112.

On 4/23/2020, I submitted a request about other SBA loans made under the CARES Act (Tracking number) SBA-2020-000914.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

|  |  |
|---|---|
| **Has Description Been Modified** | |
| **Description Available to the Public** | No |
| **Short Description** | |

## Attached Supporting Files

| **Attachments Available to the Public** | No |
|---|---|

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

```
Drag files here

Upload Supporting Files
```

SBA_000048



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 4, 2020

Paul Kiel
155 Avenue of the Americas ProPublica, 13th Floor
New York, NY 10013
paul.kiel@propublica.org

Re: SBA-2020-000914 Request Response

Dear Mr. Kiel,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000914 in which you have requested the following:

> "Pursuant to the federal Freedom of Information Act, 5 U.S.C. s. 552, I request loan level information about all loans made under the Paycheck Protection Program (PPP). I also request the same information for Emergency EIDL Grants.
>
> Specifically, for both these programs, I request the same 34 fields the SBA provides through its "SBA 7(a) & 504 loan data reports" on its FOIA website. See: https://www.sba.gov/about-sba/open-government/foia#section-header-32 and http://imedia.sba.gov/vd/general/foia/7a_504_FOIA%20Data%20Dictionary.xlsx
>
> However, in addition to those fields already provided, I also request information on the amount of forgiveness allowed for each loan. This is a special feature of the PPP loans under Section 1106 of the CARES Act.
>
> To be clear, I request information on loans made under the PPP both as authorized under Section 1102 of the CARES Act and as authorized under future laws that extend the program. I also request information on Emergency EIDL Grants made possible under Section 1110 of the CARES Act and any future law."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

Mr. Kiel
Page 2

This response is for the PPP requests only. You will receive a separate response from the Office of Disaster Assistance regarding whether that office has responsive records to your EIDL request.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration

# EXHIBIT E

8/17/2020                                    FOIAonline Submission Details

# SBA-2020-000982 Request Details    **Case Phase:** Closed   **Case Status:** Closed   **Due Date:** 06/12/2020   **Clock Days:** 26

## Requester Information

| | |
|---|---|
| **Requester** | Mr. Mark Walker |
| **Organization** | The New York Times |
| **Requester Has Account** | No |
| **Email Address** | mark.walker@nytimes.com |
| **Phone Number** | 2028620414 |
| **Fax Number** | |
| **Address** | 1627 I Street NW |
| **City** | Washington DC |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20006 |
| **Tracking Number** | SBA-2020-000982 |
| **Submitted Date** | 04/27/2020 |
| **Received Date** | 04/27/2020 |
| **Perfected Date** | 04/30/2020 |
| **Last Assigned Date** | 04/27/2020 |
| **Assigned To** | Niya B Attucks (Headquarters) |
| **Last Assigned By** | Melinda Edwards (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $25.00 |

## Closure Information

| | |
|---|---|
| **Closed Date** | 06/08/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

## Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 04/30/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | Yes |
| **Extension Justification** | Pandemic |
| **Litigation** | No |
| **5 Day Notifications** | |

## Description

980/2000

SBA_000051

This is a request under the Freedom of Information Act from Mark Walker of The New York Times.

The New York Times is requesting a summary database of information for all approved loans under the Paycheck Protection Program of the 2020 CARES Act from the time the program began accepting applications through the end of business on April 13, 2020. Please include all data fields the Small Business Administration tracks for each loan that it determines is information generally disclosed under FOIA, including but not limited to: 1) names, commercial stress addresses, and e-mail address of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, internet rates, maturity dates, general purpose, etc., 4) business type, 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable.

**Has Description Been Modified**

**Description Available to the Public**          No

**Short Description**

## Attached Supporting Files

**Attachments Available to the Public**          No

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

**Drag files here**

**Upload Supporting Files**

SBA_000052



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

June 8, 2020

Mark Walker
1627 I Street NW
Washington, DC 20006
mark.walker@nytimes.com

Re: SBA-2020-000982 Request Response

Dear Mr. Walker,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000982 in which you have requested the following:

> "The New York Times is requesting a summary database of information for all approved loans under the Paycheck Protection Program of the 2020 CARES Act from the time the program began accepting applications through the end of business on April 13, 2020. Please include all data fields the Small Business Administration tracks for each loan that it determines is information generally disclosed under FOIA, including but not limited to: 1) names, commercial stress addresses, and e-mail address of recipients of approved loans, 2) names of officers, directors, stockholders or partners of recipient firms, 3) kinds and amounts of loans, loan terms, internet rates, maturity dates, general purpose, etc., 4) business type, 5) bank name and bank commercial street address, 6) approval date, 7) disbursement date, 8) NAICS description, 9) franchise name and franchise code, if applicable."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

Mr. Walker
Page 2

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Oreoluwa Fashola, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration

# EXHIBIT F

| From: | Matthew Kish |
|---|---|
| To: | FOIA |
| Subject: | Portland Business Journal FOIA request - PPP, EIDL |
| Date: | Thursday, April 16, 2020 12:36:11 PM |

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Dear Records Officer:

I submitted the below records request to Niya Attucks this morning. Given the time sensitivity of the request, I'm also submitting it to the main FOIA email address. We seek all publicly available information on loans approved under the Paycheck Protection Program and EIDL related to COVID-19.

Thank you,
Matt

Matthew Kish, reporter
Portland Business Journal
503-453-4435
mkish@bizjournals.com
@matthewkish

**From:** Matthew Kish <mkish@bizjournals.com>
**Date:** Thursday, April 16, 2020 at 8:17 AM
**To:** "niya.attucks@sba.gov" <niya.attucks@sba.gov>
**Subject:** Portland Business Journal FOIA request

Hi Niya,

You previously provided me records that I requested under the FOIA. I'd like to file a new request related to the coronavirus pandemic. I request the following:

1. **Paycheck Protection Program – All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.**

2.   **Coronavirus/COVID-19 Economic Injury Disaster Loans - All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.**

If it's easier to talk through this request, please call me at the number below. Let me know in advance if there will be any charge for the data.

Thank you,
Matt


Matthew Kish, reporter
Portland Business Journal
503-219-3414
mkish@bizjournals.com
@matthewkish



U.S. Small Business Administration
Washington, DC 20416

OFFICE OF CAPITAL ACCESS

May 11, 2020

Matthew Kish
mkish@bizjournals.com

Re: SBA-2020-000628 Request Response

Dear Mr. Kish,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000628 in which you have requested the following:

> "1. Paycheck Protection Program – All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.
>
> 2. Coronavirus/COVID-19 Economic Injury Disaster Loans - All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

This response is for the PPP requests only. You will receive a separate response from the Office of Disaster Assistance regarding whether that office has responsive records to your EIDL request.

Mr. Kish
Page 2

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

April 22, 2020

Matthew Kish
Portland Business Journal

mkish@bizjournals.com

Re: FOIA Request - SBA-2020-000630

Dear Mr. Kish,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000630 in which you have requested:

> 1. Paycheck Protection Program – All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.

> 2. Coronavirus/COVID-19 Economic Injury Disaster Loans - All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.  At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak.  The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises.  In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses.  This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

Office of Hearings and Appeals
Attention: Delorice Ford, FOIA Officer
409 3rd Avenue, SW – 8th Floor
Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
ogis@nara.gov
ogis.archives.gov
202-741-5770
877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance

# PORTLAND
# BUSINESS JOURNAL

Matthew Kish, reporter
Portland Business Journal
2249 N.E. Couch St.
Portland, OR 97232
mkish@bizjournals.com
(503) 453-4435

Office of Hearings and Appeals
Attention: Delorice Ford, FOIA Officer
409 3rd Ave., SW – 8th Floor
Washington, D.C. 20416

**Re: FOIA Request – SBA-2020-000630**

April 24, 2020

Dear Ms. Ford,

I hereby file an administrative appeal in regards to FOIA request No. SBA-2020-000630.

I am a newspaper reporter for the Portland Business Journal, which is part of American City Business Journals. I requested all public data for the U.S. Small Business Administration's two primary responses to Covid-19: the Paycheck Protection Program and the Economic Injury Disaster Loan program.

In its letter (enclosed), the SBA said the agency is "focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus … outbreak."

I do not believe that is a valid reason, by law, for delaying a response to my FOIA request.

FOIA allows for delays for one of three reasons, including the need for extra time to search for responsive records, requests for "voluminous" amounts of records and the need to consult with the Department of Justice.

The first and third reasons do not seem to apply. The second reason seems to be the SBA's most valid reason for delay, but the SBA does not specify its reasons for delay beyond the need to do other, what it deems more important, work.

If federal agencies are able to delay FOIA responses for that reason, it will have a cascading effect on the ability of journalists to provide critical information to the public and hold public institutions accountable.

SBA_000061

The $349 billion Paycheck Protection Program and the $8.9 billion Economic Injury Disaster Loan program amount to enormous transfers of wealth from public coffers to private companies. They have already been subject to fierce criticism because of who seemingly benefited from the programs. It is in the public's interest to know how the money was allocated before Congress spends additional taxpayer dollars on the programs.

I would also note that I am requesting information that the SBA generally discloses. The Paycheck Protection application form also has a disclosure notice to applicants that information about the program is subject to FOIA release. I enclosed a column by attorneys at Lowenstein Sandler that may be helpful as you consider this appeal.

Lastly, I request _**all**_ data that is publicly releasable related to the Paycheck Protection Program and Economic Injury Disaster Loan programs. If it is easier to simply provide me a copy of a database, please let me know. I am not trying to create more work for the SBA. If there's an easier way to release the records, I am open to suggestion.

I can be reached at the above email address and by phone: (503) 453-4435. I am working from home temporarily because of Covid-19 and can be reached by U.S. mail at my home address: 2249 N.E. Couch St.; Portland, OR 97232.


Thank you,

Matthew Kish, reporter
Portland Business Journal
2249 N.E. Couch St.
Portland, OR 97232





# Client Alert

APRIL 8, 2020

## The Paycheck Protection Program: FOIA and Potential Implications for Applicants and Investors

By Kathleen A. McGee, Matthew J. Moisan, and Jesse S. O'Connell

 

*The Paycheck Protection Program (PPP) has now seen three days of frenzy over application uncertainties, eligibility questions, and employee count/loan amount calculations. One item not mentioned, but worth discussing, is the public nature of the application and potential implications that it has to applicants and investors. Specifically, all government institutions are subject to Freedom of Information Act (FOIA) requests (FOIA is a federal law that mandates open file access for many government agencies). In this alert we will discuss which provisions of a PPP loan are public and which are protected.*

SBA 7(a) loan information is generally subject to Freedom of Information Act (FOIA) requests, with some exceptions (see here for more information). In sum, 1) loan applications are **not** subject to FOIA; 2) the application requires a list of all owners of 20 percent or more of the equity of the Applicant (all such owners will be

SBA_000064

required to disclose on the application:
Owner Name; Title; Ownership
Percentage; TIN (EIN or SSN, as
applicable); and Address); and 3)
borrowers identities will be disclosed,
so theoretically a person could match
up a borrower with a portfolio, etc.

More specifically, the underline application itself underline
has disclosure (on page 3) that most
parts of the application will be subject
to FOIA requests ("Requests for
information about another party may
be denied unless SBA has the written
permission of the individual to release
the information to the requestor or
***unless the information is subject to
disclosure under the Freedom of
Information Act"***). Information about
approved loans that will be released
includes, among other things, the
borrower's name (and the names of its
officers, directors, stockholders, or
partners), the amount of the loan, and
its purpose in general terms and the
maturity. Proprietary data on a
borrower would not routinely be made

available to third parties. ***So, conceivably, if the borrower information disclosed under a FOIA request is sufficient to match up with portfolio companies on crunch base, then the answer is "yes."***

And, according to the SBA, the following relevant information is **generally available** upon request:

- Names and commercial street and email addresses of recipients of **approved** loans, SBIC licenses, Certificates of Competency, lease guarantees, surety bond guarantees, and requests for counseling.
- Names of officers, directors, stockholders, or partners of recipient firms.
- Kinds and amounts of loans, loan terms, interest rates (except on home disaster loans), maturity dates, general purpose, etc.
- Decisions, rulings, and records showing final Agency actions in specific factual situations if

identifying details exempt from disclosure are first deleted.

- Awarded contracts: name of contractor, contract amounts, contract dates, and contracting agencies.
- Identity of participating banks.

The following information is not generally available, but restriction may be scaled based upon identity of the requestor (for example, if the information is being requested by the applicant or recipient of the 7(a) loan as opposed to a third party):

- Nonstatistical information on pending, declined, withdrawn, or canceled applications.
- Nonstatistical information on defaults, delinquencies, losses etc.
- Loan status, other than charged-off or paid-in-full.
- Personal and business tax returns.
- For viable ongoing businesses: Financial statements, credit reports, business plans, plant lay-outs, marketing strategy, advertising plans, fiscal

projections, pricing information, payroll information, private sector experience and contracts, purchase information, banking information, corporate structure, research plans, and client list of applicant/recipient.

- For viable ongoing businesses: Commercial and financial information contained in Certificate of Competency records, Requests for Size Determinations, 8(a) Business Development Plans, loan applications, SBIC applications, and loan officer's reports.

- Internal documents not incorporated into final Agency action, pending internal recommendations on applications for assistance, SBA/attorney-client communications, pending litigation documents, and investigatory documents. Discretionary disclosure policy must be utilized.

- Personal history and financial statements, tax forms, resumes, all nongovernment career experience, communications

regarding applicant's character, home and email addresses and telephone numbers, social security numbers, birth dates, and medical records.

- Portions of IG reports, audit reports, program investigation records, and any other records which, if released, would interfere with the gGovernment's law enforcement proceedings and/or would reveal the identity of a confidential source and documents relating to pending litigation and investigations.
- Financial information on portfolio companies.

*To see our prior alerts and other material related to the pandemic, please visit the Coronavirus/COVID-19: Facts, Insights & Resources page of our website by clicking here.*

---

**BACK TO SEARCH PAGE**

MY FOLDER

CONTACT US

LEGAL

SITE MAP

SUBSCRIBE

---

© 2017 - 2020 Lowenstein Sandler LLP

The contents of this website contain attorney advertising. Prior results do not guarantee a similar outcome.

| From: | Matthew Kish |
|-------|--------------|
| To: | FOIA |
| Subject: | Portland Business Journal FOIA request - PPP, EIDL |
| Date: | Thursday, April 16, 2020 12:36:11 PM |

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Dear Records Officer:

I submitted the below records request to Niya Attucks this morning. Given the time sensitivity of the request, I'm also submitting it to the main FOIA email address. We seek all publicly available information on loans approved under the Paycheck Protection Program and EIDL related to COVID-19.

Thank you,
Matt

Matthew Kish, reporter
Portland Business Journal
503-453-4435
mkish@bizjournals.com
@matthewkish

**From:** Matthew Kish <mkish@bizjournals.com>
**Date:** Thursday, April 16, 2020 at 8:17 AM
**To:** "niya.attucks@sba.gov" <niya.attucks@sba.gov>
**Subject:** Portland Business Journal FOIA request

Hi Niya,

You previously provided me records that I requested under the FOIA. I'd like to file a new request related to the coronavirus pandemic. I request the following:

1. **Paycheck Protection Program – All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.**

2.  **Coronavirus/COVID-19 Economic Injury Disaster Loans - All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.**

If it's easier to talk through this request, please call me at the number below. Let me know in advance if there will be any charge for the data.

Thank you,
Matt


Matthew Kish, reporter
Portland Business Journal
503-219-3414
mkish@bizjournals.com
@matthewkish



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

April 22, 2020

Matthew Kish
Portland Business Journal

mkish@bizjournals.com

Re: FOIA Request - SBA-2020-000630

Dear Mr. Kish,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000630 in which you have requested:

> 1. Paycheck Protection Program – All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.

> 2. Coronavirus/COVID-19 Economic Injury Disaster Loans - All public data on every loan made through the program, including, but not limited to, the name and location of the borrower and her/his company, the bank that approved the loan, the amount of the loan, and any other public data, including race/ethnicity/gender of the borrower, if that information is gathered.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

SBA_000073

Office of Hearings and Appeals
Attention: Delorice Ford, FOIA Officer
409 3rd Avenue, SW – 8th Floor
Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
ogis@nara.gov
ogis.archives.gov
202-741-5770
877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance

# EXHIBIT G



Sarah Kolinovsky
Reporter
ABC News
1717 Desales Street NW
Washington, DC 20036
646-282-6728

FOIA Officer
Small Business Administration
409 3rd Street, SW
Eighth floor
Washington, DC 20416
(202) 401-8203
foia@sba.gov

April 13, 2020

**FOIA REQUEST**

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to Small Business Administration figures describing how much of the Paycheck Protection Program (PPP) funds that have been approved for small business owners have actually been disbursed to those business owners. Specifically I would like a breakdown of how much money was disbursed to business owners each day, beginning with the program's inception on April 3rd (the date on which business owners could first apply for the PPP funds). SBA provides reporters with a figure almost daily for how much PPP money has been "approved" for small business owners but has yet to answer any questions on how much business owners have actually received.

I would like the receive this information in an electronic report, either e-mail, PDF, or .DOC file.

I agree to pay reasonable fees for the processing of this request up to $250. Please notify me before incurring any expenses in excess of that amount.

Fee Categorization

For fee categorization purposes, I am a representative of the news media. Through this request, I am gathering information for my journalistic work with ABC News. ABC News is a broadcast network reaching millions of Americans daily through our flagship shows including World News Tonight with David Muir and Good Morning America, as well as our website ABCNews.com, our 24/7 streaming network ABC News Live, and our local television news affiliate service NewsOne. Accordingly, I am only required to pay for the direct cost of duplication after the first 100 pages. 5 U.S.C. § 552(a)(4)(A)(ii)(II); id. § 552(a)(4)(A)(iv)(II).

Request for Expedited Processing

Please provide expedited processing of this request which concerns a matter of urgency. As a I am a reporter with ABC News, I am primarily engaged in disseminating information. The public has an urgent need for information about the Paycheck Protection Program because because it is directly affecting the American economy at a time of crisis. The lack of transparency surrounding the disbursement of these funds has left American business owners in the dark, unsure of whether they should let their employees go, or try to keep them on the payroll until funds are released. Without knowing how well the program is functioning, the American public cannot know whether to pressure their elected representatives to allocate more funding to the program. I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

Conclusion

If my request is denied in whole or part, please justify all withholdings by reference to specific exemptions and statutes, as applicable. For each withholding please also explain why your agency "reasonably foresees that disclosure would harm an interest protected by an exemption" or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8)(A)(i).

I would appreciate your communicating with me by email or telephone, rather than by mail.

I look forward to your determination regarding my request for expedited processing within 10 calendar days, as the statute requires.

Thank you in advance for your assistance.

Sincerely,


Sarah Kolinovsky



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 2, 2020

Sarah Kolinovsky
1717 Desales St NW
Washington, DC 20036

Re: SBA-2020-000586 Request Response

Dear Ms. Kolinovsky,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000586 in which you have requested the following:

> "I request access to Small Business Administration figures describing how much of the Paycheck Protection Program (PPP) funds that have been approved for small business owners have actually been disbursed to those business owners. Specifically I would like a breakdown of how much money was disbursed to business owners each day, beginning with the program's inception on April 3rd (the date on which business owners could first apply for the PPP funds)."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA

Ms. Kolinovsky
Page 2

requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration

# EXHIBIT H

| From: | Sergio Hernandez (CNN) |
|-------|------------------------|
| To: | FOIA |
| Cc: | sergio.hernandez@cnn.com |
| Subject: | CNN FOIA request Re: SBA Economic Injury Disaster Loan Data - COVID-19 |
| Date: | Wednesday, April 15, 2020 10:33:08 PM |

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Wednesday, April 15, 2020

Small Business Administration
Oreoluwa Fashola, Chief, Office of FOI/PA
409 3rd Street, SW
Washington, DC 20416
Phone: 202-401-8203
Fax: 202-205-7059
Email: foia@sba.gov

Re:    SBA Economic Injury Disaster Loan Data - COVID-19

This is a request for records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

**REQUESTED RECORDS**

1. Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief, and Economic Security Act ("CARE Act") and received by the Small Business Administration.

This data should include all fields that contain non-exempt information, including but not limited to the following types of information:

- Unique identifiers/primary keys;
- Application number;
- Application date;
- Borrower name;
- Borrower's city;
- Borrower's county;
- Borrower's ZIP code;
- Borrower's state;
- Borrower's EIN;
- Loan amount;
- Nonprofit status;
- Application status;
- Status date;

- Collateral pledged; and
- Purpose of loan.

In addition to the records described above, provide any processing notes produced in the course of fulfilling this request and any records that, because of their nature or subject matter, are substantially the same as the records described above and have been previously disclosed, are the subject of currently pending requests or are likely to become the subject of subsequent requests.

**FORMAT OF REQUESTED RECORDS**

If this request is denied in whole or in part, justify all deletions or withholdings by reference to specific exemptions in the FOIA.

When possible, produce responsive records in their native, digital formats and include their original metadata, not as hard copy facsimiles or PDFs. For example, spreadsheets created in Microsoft Excel should be provided in an `.xlsx` format. Emails should be provided in common email file formats, such as `.pst` files for collections of emails or `.eml` files for individual emails.

Data should be provided in a non-proprietary, machine-readable format, such as comma separated values (`.csv`). Included is a request for a record layout for the database and a data dictionary for any codes used in the database.

**LIMITATIONS ON FEES**

Because CNN is a representative of the news media and these records are sought as part of a newsgathering effort, waive or reduce search and duplication fees, where applicable.

If you determine that fees will apply to this request and expect such fees to exceed $500 USD, provide an itemized invoice of fees.

**TIME LIMITS FOR RESPONSE**

If you expect this request to take longer than ten (10) working days to process, we expect an acknowledgment letter and tracking number within that time or no later than Thursday, April 30, 2020.

We expect a final grant/denial determination on this request within twenty (20) working days after receipt by the appropriate office or no later than Thursday, May 14, 2020.

If you are unable to fulfill this request within that period, produce information as it becomes available (i.e. on a "rolling" basis) and an explanation for the circumstances requiring an extension of time and an estimated date on which you expect to finish processing this request.

**EXPEDITED PROCESSING**

Please expedite processing of this request.

As a journalist for CNN, a global news organization, I am a representative of the news media who is primarily engaged in disseminating the news.

There exists a compelling need for expedited processing of this request because the requested information relates to actual or alleged federal government activity; Specifically: the Small Business Administration's performance managing the Paycheck Protection Program and other emergency aid programs authorized by the federal Coronavirus Aid, Relief and Economic Security (CARES) Act.

There is an urgent need to inform the public about this activity because it relates to the CARES Act, the purpose of which is to provide "emergency assistance and health care response for individuals, families and businesses affected by the 2020 coronavirus pandemic," which has additionally been declared a national emergency by President Donald J. Trump.

I hereby certify that the foregoing is true and correct to the best of my knowledge and belief.

We expect a determination regarding this request for expedited treatment within ten (10) calendar days, or no later than Saturday, April 25, 2020.


Please direct questions and responsive information concerning this request to sergio.hernandez@cnn.com.


Sincerely,

Sergio Hernandez
Data Editor
CNN
Office: (212) 275–8463
Mobile: (646) 580–2755
sergio.hernandez@cnn.com

30 Hudson Yards, 18S04-D | New York, New York 10001



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

April 22, 2020

Sergio Hernandez
30 Hudson Yards 18S04-D
New York, NY 10001

sergio.hernandez@cnn.com

Re: FOIA Request - SBA-2020-000626

Dear Mr. Hernandez,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000626 in which you have requested:

Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief, and Economic Security Act ("CARE Act") and received by the Small Business Administration.

> This data should include all fields that contain non-exempt information, including but not limited to the following types of information:
>
> Unique identifiers/primary keys; Application number; Application date; Borrower name; Borrower's city; Borrower's county; Borrower's ZIP code; Borrower's sate; Borrower's EIN; Loan amount; Nonprofit status; Application status; Status date; Collateral pledged; and Purpose of loan.
>
> In addition to the records described above, provide any processing notes produced in the course of fulfilling this request and any records that, because of their nature or subject matter, are substantially the same as the records described above and have been previously disclosed, are the subject of currently pending requests or are likely to become the subject of subsequent requests.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

SBA_000082

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance



April 27, 2020

Office of Hearings and Appeals
Attention: Delorice Ford, FOIA Officer
409 3rd Ave. SW – 8th Floor
Washington, DC 20416

      **RE:    FOIA Request – SBA-2020-000626**

Dear Ms. Ford:

I write to appeal the Small Business Administration's ("SBA's") decision to not timely fulfill my request for records under the Freedom of Information Act ("FOIA").  On April 15, 2020, I submitted a FOIA request for the following records:

> Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief and Economic Security Act ("CARES Act") and received by the Small Business Administration.

*See* Exhibit A.  The SBA granted expedited processing of the request.  *See* Exhibit C.

On April 22, 2020, the SBA responded to my request, stating that it would not produce the requested public records because "[a]t this time, the Agency is focusing its efforts on assisting small businesses during the unprecedented disruption to the economy due to the coronavirus ('COVID-19') outbreak."  The response stated that the Agency was providing "statistical information" on the Paycheck Protection Program loans and Economic Injury Disaster Loans, and that "[i]n the near future, we will be able to turn our efforts to providing loan specific data to the public."  *See* Exhibit B.

The response letter serves as an effective denial of my records request, but the SBA did not provide any reason permitted by law for the denial.  The FOIA does not permit the agency such discretion.  The law requires that "each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, **shall make the records promptly available to any person**."  5 U.S.C. § 552(a)(3)(A) (emphasis added).

The FOIA only permits records to be withheld if specific exemptions or certain defined unusual circumstances are present.  None of the exemptions or unusual circumstances apply here, a fact acknowledged by the absence of any such references in the agency's response letter.  The agency makes no argument that any of the enumerated FOIA exemptions applies.  *See* 5 U.S.C. § 552(b).  The law defines "unusual circumstances" to cover only three specific scenarios, such as

when the requested records are in field facilities separate from the office processing the request, and none apply here. *See* 5 U.S.C. § (a)(6)(B)(iii).

Moreover, the SBA's pledge to provide the requested records in the "near future" does not comply with the specific timelines laid out in the FOIA. The law requires a response within 20 days, and even in the defined "unusual circumstances" that do not pertain here, the law still requires the agency provide a "date on which a determination is expected to be dispatched." 5 U.S.C. § 552(a)(6). A promise to comply with the law in the "near future" is not permissible under FOIA.

Finally, while the SBA is playing an important role in the nation's response to COVID-19, that does not excuse it from fulfilling its public records obligations as spelled out by law. The Pentagon does not close its FOIA office during wartime, for instance. In fact, the SBA here granted my request for expedited processing, recognizing the importance of the news media informing the public of the contents of these records.

Disclosure of the requested records would enable the public to understand how the emergency aid authorized by the CARES Act has been managed and disbursed. Specifically, disclosure would allow the public to identify, among other things: how many loans have been made, which lenders serviced the loans, how much money was disbursed, to whom, and inequalities among loan applicants or recipients. This important information should not be delayed, and the law permits no such delay.

Thank you for considering my appeal.

Respectfully submitted,

Sergio Hernandez
Data Editor
CNN
Office: (212) 275–8463
Mobile: (646) 580–2755
sergio.hernandez@cnn.com

30 Hudson Yards, 18S04-D | New York, New York 10001

# EXHIBIT A

SBA_000086

**Subject:** CNN FOIA request Re: SBA Economic Injury Disaster Loan Data - COVID-19
**Date:** Wednesday, April 15, 2020 at 10:32:53 PM Eastern Daylight Time
**From:** Sergio Hernandez (CNN)
**To:** foia@sba.gov
**CC:** Hernandez, Sergio



Wednesday, April 15, 2020

Small Business Administration
Oreoluwa Fashola, Chief, Office of FOI/PA
409 3rd Street, SW
Washington, DC 20416
Phone: 202-401-8203
Fax: 202-205-7059
Email: foia@sba.gov

## Re: SBA Economic Injury Disaster Loan Data - COVID-19

This is a request for records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

**REQUESTED RECORDS**

1. Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief, and Economic Security Act ("CARE Act") and received by the Small Business Administration.

This data should include all fields that contain non-exempt information, including but not limited to the following types of information:

- Unique identifiers/primary keys;
- Application number;
- Application date;
- Borrower name;
- Borrower's city;
- Borrower's county;
- Borrower's ZIP code;
- Borrower's state;
- Borrower's EIN;
- Loan amount;
- Nonprofit status;

- Application status;
- Status date;
- Collateral pledged; and
- Purpose of loan.

In addition to the records described above, provide any processing notes produced in the course of fulfilling this request and any records that, because of their nature or subject matter, are substantially the same as the records described above and have been previously disclosed, are the subject of currently pending requests or are likely to become the subject of subsequent requests.

## FORMAT OF REQUESTED RECORDS

If this request is denied in whole or in part, justify all deletions or withholdings by reference to specific exemptions in the FOIA.

When possible, produce responsive records in their native, digital formats and include their original metadata, not as hard copy facsimiles or PDFs. For example, spreadsheets created in Microsoft Excel should be provided in an `.xlsx` format. Emails should be provided in common email file formats, such as `.pst` files for collections of emails or `.eml` files for individual emails.

Data should be provided in a non-proprietary, machine-readable format, such as comma separated values (`.csv`). Included is a request for a record layout for the database and a data dictionary for any codes used in the database.

## LIMITATIONS ON FEES

Because CNN is a representative of the news media and these records are sought as part of a newsgathering effort, waive or reduce search and duplication fees, where applicable.

If you determine that fees will apply to this request and expect such fees to exceed $500 USD, provide an itemized invoice of fees.

## TIME LIMITS FOR RESPONSE

If you expect this request to take longer than ten (10) working days to process, we expect an acknowledgment letter and tracking number within that time or no later than Thursday, April 30, 2020.

We expect a final grant/denial determination on this request within twenty (20) working days after receipt by the appropriate office or no later than Thursday, May 14, 2020.

If you are unable to fulfill this request within that period, produce information as it becomes available (i.e. on a "rolling" basis) and an explanation for the circumstances requiring an extension of time and an estimated date on which you expect to finish processing this request.

**EXPEDITED PROCESSING**

Please expedite processing of this request.

As a journalist for CNN, a global news organization, I am a representative of the news media who is primarily engaged in disseminating the news.

There exists a compelling need for expedited processing of this request because the requested information relates to actual or alleged federal government activity; Specifically: the Small Business Administration's performance managing the Paycheck Protection Program and other emergency aid programs authorized by the federal Coronavirus Aid, Relief and Economic Security (CARES) Act.

There is an urgent need to inform the public about this activity because it relates to the CARES Act, the purpose of which is to provide "emergency assistance and health care response for individuals, families and businesses affected by the 2020 coronavirus pandemic," which has additionally been declared a national emergency by President Donald J. Trump.

I hereby certify that the foregoing is true and correct to the best of my knowledge and belief.

We expect a determination regarding this request for expedited treatment within ten (10) calendar days, or no later than Saturday, April 25, 2020.


Please direct questions and responsive information concerning this request to
sergio.hernandez@cnn.com.


Sincerely,

Sergio Hernandez
Data Editor
CNN
Office: (212) 275–8463
Mobile: (646) 580–2755
sergio.hernandez@cnn.com

30 Hudson Yards, 18S04-D | New York, New York 10001

SBA_000089

# EXHIBIT B

SBA_000090



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

Office of Disaster Assistance

April 22, 2020

Sergio Hernandez
30 Hudson Yards 18S04-D
New York, NY 10001

sergio.hernandez@cnn.com

Re: FOIA Request - SBA-2020-000626

Dear Mr. Hernandez,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000626 in which you have requested:

Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief, and Economic Security Act ("CARE Act") and received by the Small Business Administration.

This data should include all fields that contain non-exempt information, including but not limited to the following types of information:

Unique identifiers/primary keys; Application number; Application date; Borrower name; Borrower's city; Borrower's county; Borrower's ZIP code; Borrower's sate; Borrower's EIN; Loan amount; Nonprofit status; Application status; Status date; Collateral pledged; and Purpose of loan.

In addition to the records described above, provide any processing notes produced in the course of fulfilling this request and any records that, because of their nature or subject matter, are substantially the same as the records described above and have been previously disclosed, are the subject of currently pending requests or are likely to become the subject of subsequent requests.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.  At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak.  The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises.  In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses.  This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

>       Office of Hearings and Appeals
>       Attention: Delorice Ford, FOIA Officer
>       409 3rd Avenue, SW – 8th Floor
>       Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>       Office of Government Information Services
>       National Archives and Records Administration
>       8601 Adelphi Road--OGIS
>       College Park, MD 20740-6001
>       ogis@nara.gov
>       ogis.archives.gov
>       202-741-5770
>       877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance

# EXHIBIT C

SBA_000093

**Subject:** FOIA Expedited Processing Disposition Reached for SBA-2020-000626

**Date:** Wednesday, April 22, 2020 at 6:25:40 PM Eastern Daylight Time

**From:** admin@foiaonline.gov

**To:** Hernandez, Sergio

Your request for Expedited Processing for the FOIA request SBA-2020-000626 has been granted. Additional details for this request are as follows:

- Request Created on: 04/16/2020
- Request Description: Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief, and Economic Security Act ("CARE Act") and received by the Small Business Administration.
  This data should include all fields that contain non-exempt information, including but not limited to the following types of information:
  Unique identifiers/primary keys;
  Application number;
  Application date;
  Borrower name;
  Borrower's city;
  Borrower's county;
  Borrower's ZIP code;
  Borrower's sate;
  Borrower's EIN;
  Loan amount;
  Nonprofit status;
  Application status;
  Status date;
  Collateral pledged; and
  Purpose of loan.
  In addition to the records described above, provide any processing notes produced in the course of fulfilling this request and any records that, because of their nature or subject matter, are substantially the same as the records described above and have been previously disclosed, are the subject of currently pending requests or are likely to become the subject of subsequent requests.
- Expedited Processing Original Justification: There exists a compelling need for expedited processing of this request because the requested information relates to actual or alleged federal government activity; Specifically: the Small Business Administration's performance managing the Paycheck Protection Program and other emergency aid programs authorized by the federal Coronavirus Aid, Relief and Economic Security (CARES) Act.
  There is an urgent need to inform the public about this activity because it relates to the CARES Act, the purpose of which is to provide "emergency assistance and health care response for individuals, families and businesses affected by the 2020 coronavirus pandemic," which has additionally been declared a national emergency by President Donald J. Trump.
- Expedited Processing Disposition Reason: N/A

| | |
|---|---|
| **From:** | Sergio Hernandez (CNN) |
| **To:** | FOIA |
| **Cc:** | sergio.hernandez@cnn.com |
| **Subject:** | CNN FOIA request Re: SBA Economic Injury Disaster Loan Data - COVID-19 |
| **Date:** | Wednesday, April 15, 2020 10:33:08 PM |

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Wednesday, April 15, 2020

Small Business Administration
Oreoluwa Fashola, Chief, Office of FOI/PA
409 3rd Street, SW
Washington, DC 20416
Phone: 202-401-8203
Fax: 202-205-7059
Email: foia@sba.gov

Re:    SBA Economic Injury Disaster Loan Data - COVID-19

This is a request for records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

**REQUESTED RECORDS**

1. Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief, and Economic Security Act ("CARE Act") and received by the Small Business Administration.

This data should include all fields that contain non-exempt information, including but not limited to the following types of information:

- Unique identifiers/primary keys;
- Application number;
- Application date;
- Borrower name;
- Borrower's city;
- Borrower's county;
- Borrower's ZIP code;
- Borrower's state;
- Borrower's EIN;
- Loan amount;
- Nonprofit status;
- Application status;
- Status date;

SBA_000095

- Collateral pledged; and
- Purpose of loan.

In addition to the records described above, provide any processing notes produced in the course of fulfilling this request and any records that, because of their nature or subject matter, are substantially the same as the records described above and have been previously disclosed, are the subject of currently pending requests or are likely to become the subject of subsequent requests.

**FORMAT OF REQUESTED RECORDS**

If this request is denied in whole or in part, justify all deletions or withholdings by reference to specific exemptions in the FOIA.

When possible, produce responsive records in their native, digital formats and include their original metadata, not as hard copy facsimiles or PDFs. For example, spreadsheets created in Microsoft Excel should be provided in an `.xlsx` format. Emails should be provided in common email file formats, such as `.pst` files for collections of emails or `.eml` files for individual emails.

Data should be provided in a non-proprietary, machine-readable format, such as comma separated values (`.csv`). Included is a request for a record layout for the database and a data dictionary for any codes used in the database.

**LIMITATIONS ON FEES**

Because CNN is a representative of the news media and these records are sought as part of a newsgathering effort, waive or reduce search and duplication fees, where applicable.

If you determine that fees will apply to this request and expect such fees to exceed $500 USD, provide an itemized invoice of fees.

**TIME LIMITS FOR RESPONSE**

If you expect this request to take longer than ten (10) working days to process, we expect an acknowledgment letter and tracking number within that time or no later than Thursday, April 30, 2020.

We expect a final grant/denial determination on this request within twenty (20) working days after receipt by the appropriate office or no later than Thursday, May 14, 2020.

If you are unable to fulfill this request within that period, produce information as it becomes available (i.e. on a "rolling" basis) and an explanation for the circumstances requiring an extension of time and an estimated date on which you expect to finish processing this request.

**EXPEDITED PROCESSING**

Please expedite processing of this request.

SBA_000096

As a journalist for CNN, a global news organization, I am a representative of the news media who is primarily engaged in disseminating the news.

There exists a compelling need for expedited processing of this request because the requested information relates to actual or alleged federal government activity; Specifically: the Small Business Administration's performance managing the Paycheck Protection Program and other emergency aid programs authorized by the federal Coronavirus Aid, Relief and Economic Security (CARES) Act.

There is an urgent need to inform the public about this activity because it relates to the CARES Act, the purpose of which is to provide "emergency assistance and health care response for individuals, families and businesses affected by the 2020 coronavirus pandemic," which has additionally been declared a national emergency by President Donald J. Trump.

I hereby certify that the foregoing is true and correct to the best of my knowledge and belief.

We expect a determination regarding this request for expedited treatment within ten (10) calendar days, or no later than Saturday, April 25, 2020.

Please direct questions and responsive information concerning this request to sergio.hernandez@cnn.com.

Sincerely,

Sergio Hernandez
Data Editor
CNN
Office: (212) 275–8463
Mobile: (646) 580–2755
sergio.hernandez@cnn.com

30 Hudson Yards, 18S04-D | New York, New York 10001



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

April 22, 2020

Sergio Hernandez
30 Hudson Yards 18S04-D
New York, NY 10001

sergio.hernandez@cnn.com

Re: FOIA Request - SBA-2020-000626

Dear Mr. Hernandez,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000626 in which you have requested:

Disaggregated data for all Covid-19-related Economic Injury Disaster Loans applications authorized by the Coronavirus Aid, Relief, and Economic Security Act ("CARE Act") and received by the Small Business Administration.

> This data should include all fields that contain non-exempt information, including but not limited to the following types of information:
>
> Unique identifiers/primary keys; Application number; Application date; Borrower name; Borrower's city; Borrower's county; Borrower's ZIP code; Borrower's sate; Borrower's EIN; Loan amount; Nonprofit status; Application status; Status date; Collateral pledged; and Purpose of loan.
>
> In addition to the records described above, provide any processing notes produced in the course of fulfilling this request and any records that, because of their nature or subject matter, are substantially the same as the records described above and have been previously disclosed, are the subject of currently pending requests or are likely to become the subject of subsequent requests.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

James E. Rivera
Associate Administrator
for Disaster Assistance

# EXHIBIT I

8/17/2020                                   FOIAonline Submission Details

## SBA-2020-000594 Request Details    Case Phase: Closed  Case Status: Closed  Due Date: 05/18/2020  Clock Days: -1

### Requester Information

| | |
|---|---|
| Requester | Reese Dunklin |
| Organization | |
| Requester Has Account | Yes |
| Email Address | reesedunklin@yahoo.com |
| Phone Number | |
| Fax Number | |
| Address | 4851 LBJ Freeway, Suite 300 |
| City | Dallas |
| State/Province | TX |
| Zip Code/Postal Code | 75244 |
| Tracking Number | SBA-2020-000594 |
| Submitted Date | 04/13/2020 |
| Received Date | 04/13/2020 |
| Perfected Date | 04/18/2020 |
| Last Assigned Date | 04/15/2020 |
| Assigned To | Niya B Attucks (Financial Assistance/Capital Access Office) |
| Last Assigned By | Mr. Oreoluwa Fashola (Freedom of Information and Privacy Acts Office) |
| Request Track | Simple |
| Fee Limit | $50.00 |

### Closure Information

| | |
|---|---|
| Closed Date | 04/20/2020 |
| Disposition | Full Grant |
| "Other" Disposition | |
| Exemptions Used | |
| Statutes Used | |
| Subtypes Used | |

### Request Handling

| | |
|---|---|
| Requester Info Available to the Public | Yes |
| Request Track | Simple |
| Fee Category | Select Fee Category |
| Fee Waiver Requested | Yes |
| Fee Waiver Status | Not Billable |
| Expedited Processing Requested | Yes |
| Expedited Processing Status | Deny |
| Request Type | FOIA |
| Request Perfected | Yes |
| ★ Perfected Date | 04/18/2020 |
| Acknowledgement Sent Date | |
| Unusual Circumstances | No |
| Litigation | No |
|     5 Day Notifications | |

### Description

1402/2000

SBA_000100

I am a reporter at the Associated Press. I'm writing to request the database that SBA maintains for all loans approved and declined under the Paycheck Protection Program from the start of the program to the date of this request's filing.

SBA publicly releases data under two programs (7a and 504) also administered by the same agency office. For the purposes of this request for Paycheck Protection Program data, I request the same fields of information that SBA releases for 7a and 504. Those fields are:

AsOfDate
Program
BorrName
BorrStreet
BorrCity
BorrState
BorrZip
BankName
BankStreet
BankCity
BankState
BankZip
GrossApproval
SBAGuaranteedApproval
ApprovalDate
ApprovalFiscalYear
FirstDisbursementDate
DeliveryMethod
subpgmdesc
InitialInterestRate
TermInMonths
NaicsCode
NaicsDescription
FranchiseCode
FranchiseName
ProjectCounty
ProjectState
SBADistrictOffice
CongressionalDistrict
BusinessType
LoanStatus
PaidInFullDate
ChargeOffDate
GrossChargeOffAmount
RevolverStatus
JobsSupported

I would like to get this information in a CSV file, sent by email to me or made available for download through a file-sharing site.

I have separately requested the data dictionary for this database, but this request be fulfilled first, I ask that you provide the data dictionary with this data.

If you have any questions for me regarding this request, please call 214 577 9124 or email rdunklin@ap.org.

| | | |
|---|---|---|
| **Has Description Been Modified** | | |
| **Description Available to the Public** | No | |
| **Short Description** | | |

## Attached Supporting Files

| | | | |
|---|---|---|---|
| **Attachments Available to the Public** | No | | |
| **Attached File Name** | **Size (MB)** | **File Type** | **Remove** |
| | No supporting files have been uploaded. | | |

## Upload Supporting Files

SBA_000101

No supporting files have been uploaded.

**Drag files here**

**Upload Supporting Files**

SBA_000102

8/17/2020                                    FOIAonline Submission Details

# SBA-2020-000882 Request Details

**Case Status:** Closed   **Due Date:** 06/04/2020   **Clock Days:** 31   **Backlogged**

**Case Phase:** Closed

## Requester Information

| | |
|---|---|
| **Requester** | Reese Dunklin |
| **Organization** | |
| **Requester Has Account** | Yes |
| **Email Address** | reesedunklin@yahoo.com |
| **Phone Number** | |
| **Fax Number** | |
| **Address** | 4851 LBJ Freeway, Suite 300 |
| **City** | Dallas |
| **State/Province** | TX |
| **Zip Code/Postal Code** | 75244 |
| **Tracking Number** | SBA-2020-000882 |
| **Submitted Date** | 04/22/2020 |
| **Received Date** | 04/22/2020 |
| **Perfected Date** | 04/22/2020 |
| **Last Assigned Date** | 04/22/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Mr. Oreoluwa Fashola (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $50.00 |

## Closure Information

| | |
|---|---|
| **Closed Date** | 06/05/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

## Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| ★ **Perfected Date** | 04/22/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | Yes |
| **Extension Justification** | Pandemic |
| **Litigation** | No |
| **5 Day Notifications** | |

## Description

1127/2000

SBA_000103

8/17/2020                                                FOIAonline Submission Details

I am a reporter at the Associated Press. I'm writing to request the following information in an electronic format, preferably a CSV file or delimited file, even an Excel spreadsheet or Access database file:  * the name of each entity approved for a Paycheck Protection Program loan (aka borrower); * the entity's city; * the entity's state; * the entity's NAICS subsector description or code for the entity (borrower); * the approved dollars for the entity's loan; * the name of the lending institution (lender) on the loan; and the date of the loan's approval. I would like to get this information via email Zip file, but if the size is too large to email, you may also upload into a data-file sharing site from which I can download the files remotely. This information is a matter of public record, because the loans are taxpayer-backed, some recipients are publicly traded firms that face public disclosure requirements through the SEC and some are tax-exempt organizations that must disclose financial information publicly as well. If you have any questions for me, you may call me at 214 577 9124 or email rdunklin@ap.org.

**Has Description Been Modified**

**Description Available to the Public**        No ▼

**Short Description**

## Attached Supporting Files

**Attachments Available to the Public**        No ▼

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

**Drag files here**

**Upload Supporting Files**

SBA_000104



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

April 20, 2020

Reese Dunklin
4851 LBJ Freeway, Suite 300
Dallas, TX  75244
reesedunklin@yahoo.com

Re: SBA-2020-000594 Request Response

Dear Reese Dunklin,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000594 in which you have requested the following:

> "to request the database that SBA maintains for all loans approved and declined under the Paycheck Protection Program from the start of the program to the date of this request's filing."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time. At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak. The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information raises. In the future, we will be able to turn our efforts to providing loan specific data to the public but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses. This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

SBA does not maintain a database of declined loans, only loan approvals.

Reese Dunklin
Page 2

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

June 4, 2020

Reese Dunklin
4851 LBJ Freeway, Suite 300
Dallas, TX 75244
reesedunklin@yahoo.com

Re: SBA-2020-000882 Request Response

Dear Reese Dunklin,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000882 in which you have requested the following:

> "*the name of each entity approved for a Paycheck Protection Program loan (aka borrower); * the entity's city; * the entity's state; * the entity's NAICS subsector description or code for the entity (borrower); * the approved dollars for the entity's loan; * the name of the lending institution (lender) on the loan; and the date of the loan's approval."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Oreoluwa Fashola, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA

Reese Dunklin
Page 2

requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration

# EXHIBIT J

8/17/2020                                      FOIAonline Submission Details

## SBA-2020-000658 Request Details        **Case Phase:** Closed  **Case Status:** Closed  **Due Date:** 05/18/2020  **Clock Days:** 9

### Requester Information

| | |
|---|---|
| **Requester** | Mr. Richard Gardella |
| **Organization** | NBC News |
| **Requester Has Account** | No |
| **Email Address** | rich.gardella@nbcuni.com |
| **Phone Number** | 2024453826 |
| **Fax Number** | |
| **Address** | NBC News Washington 4001 Nebraska Ave., N.W. |
| **City** | Washington |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20016 |
| **Tracking Number** | SBA-2020-000658 |
| **Submitted Date** | 04/17/2020 |
| **Received Date** | 04/17/2020 |
| **Perfected Date** | 04/18/2020 |
| **Last Assigned Date** | 04/17/2020 |
| **Assigned To** | Niya B Attucks (Headquarters) |
| **Last Assigned By** | Regina Olanegan (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $0.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 05/04/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 04/18/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

### Description

1973/2000

SBA_000109

April 17, 2020

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, eighth floor
Washington, DC 20416

Re: Freedom of Information Act Request

To Whom It May Concern:

Under the provisions of the Freedom of Information Act, 5 U.S.C. 552 and/or 553, I am requesting that electronic copies of the following documents and records be provided to me:

* Paycheck Protection Program (PPP) Loan Data Reports/Files, including a "loan level" list of all loans approved as part of the PPP from the start of the PPP program and through the exhaustion of the first phase of funding ($349,000,000,000) on 4/16/20. I am requesting PPP Loan Data Reports/Files which include "loan-specific" data, including the names and addresses of all business entity or individual loan borrowers/recipients and other related and available "loan-specific" data.

I am making this request as a journalist for NBC News, a national news organization. NBC News intends to use this information to inform the general public through a news story or stories. I request that you waive all fees associated with this request since disclosure of this information will be "primarily benefiting the general public."

I would appreciate your handling this request as quickly as possible. I look forward to hearing from you within less than 20 working days, as the law stipulates.

Please expedite this request by making available to me any records as soon as they become available and releasable for this request.

Please provide any and all information to me electronically via email.

Please reply to all on this email when sending any and all responses to this FOIA request.

Thank you for your attention to and consideration of this request.

Rich Gardella
Off-Air Investigative Reporter/Producer
NBC News Investigative Unit
NBC News Washington Bureau
4001 Nebraska Ave., N.W.
Washington, DC 20016
202.445.3826 (Cell)
rich.gardella@nbcuni.com

| | | | |
|---|---|---|---|
| **Has Description Been Modified** | | | |
| **Description Available to the Public** | No | | |
| **Short Description** | | | |

## Attached Supporting Files

| | | | |
|---|---|---|---|
| **Attachments Available to the Public** | No | | |
| **Attached File Name** | **Size (MB)** | **File Type** | **Remove** |
| | No supporting files have been uploaded. | | |

## Upload Supporting Files

No supporting files have been uploaded.

```
Drag files here

Upload Supporting Files
```

SBA_000110

SBA_000111

8/17/2020                                      FOIAonline Submission Details

## SBA-2020-000660 Request Details    **Case Phase:** Closed  **Case Status:** Closed  **Due Date:** 05/15/2020  **Clock Days:** 3

### Requester Information

| | |
|---|---|
| **Requester** | Mr. Richard Gardella |
| **Organization** | NBC News |
| **Requester Has Account** | No |
| **Email Address** | rich.gardella@nbcuni.com |
| **Phone Number** | 2024453826 |
| **Fax Number** | |
| **Address** | NBC News Washington 4001 Nebraska Ave., N.W. |
| **City** | Washington |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20016 |
| **Tracking Number** | SBA-2020-000660 |
| **Submitted Date** | 04/17/2020 |
| **Received Date** | 04/17/2020 |
| **Perfected Date** | 04/17/2020 |
| **Last Assigned Date** | 04/17/2020 |
| **Assigned To** | Alan Escobar (Disaster Assistance Office) |
| **Last Assigned By** | Regina Olanegan (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Expedited |
| **Fee Limit** | $0.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 04/22/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Expedited |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Grant |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| ★ **Perfected Date** | 04/17/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

### Description

1754/2000

SBA_000112

April 17, 2020

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, eighth floor
Washington, DC 20416

Re: Freedom of Information Act Request

To Whom It May Concern:

Under the provisions of the Freedom of Information Act, 5 U.S.C. 552 and/or 553, I am requesting that electronic copies of the following documents and records be provided to me:

* Economic Injury Disaster Loan Program (EIDL) Loan Data Reports/Files, including a "loan level" list of all loans approved as part of the EIDL program from January 1, 2020 and through the exhaustion of the first phase of coronavirus/COVID-19-related funding on or around 04/16/20. I am requesting EIDL Loan Data Reports/Files which include "loan-specific" data, including the names and addresses of all business entity or individual loan borrowers/recipients and other related and available "loan-specific" data. If a subset of EIDL Loan Data Reports/Files relating to loans provided in response to coronavirus/COVID-19-related economic injury exists, or is distinguishable with identifying data within the broader EIDL data, please provide the subset or the identifying data.

* Economic Injury Disaster Loan Program (EIDL) Emergency Grant Data Reports/Files, including a "grant level" list of all emergency grants approved since the Coronavirus Aid, Relief, and Economic Security Act (CARES) Act became law and took effect and through the exhaustion of the first phase of funding on or around 4/16/20. I am requesting EIDL Emergency Grant Data Reports/Files which include "grant-specific" data, including the names and addresses of all business entity or individual emergency grant recipients and other related and available "grant-specific" data.

| | |
|---|---|
| **Has Description Been Modified** | |
| **Description Available to the Public** | No |
| **Short Description** | |

## Attached Supporting Files

| | | | |
|---|---|---|---|
| **Attachments Available to the Public** | No | | |
| **Attached File Name** | **Size (MB)** | **File Type** | **Remove** |
| FOIA 2020 660 Response - Signed.pdf | 0.1578 | Adobe PDF Document | 🗑 |

## Upload Supporting Files

No supporting files have been uploaded.

Drag files here

Upload Supporting Files

SBA_000113

SBA_000114

8/17/2020                                    FOIAonline Submission Details

## SBA-2020-001029 Request Details
**Case Phase:** Closed  **Case Status:** Closed  **Due Date:** 05/28/2020  **Clock Days:** 8

### Requester Information

| | |
|---|---|
| **Requester** | Mr. Richard Gardella |
| **Organization** | |
| **Requester Has Account** | No |
| **Email Address** | rich.gardella@nbcuni.com |
| **Phone Number** | |
| **Fax Number** | |
| **Address** | 4001 Nebraska Ave., N.W. |
| **City** | Washington |
| **State/Province** | DC |
| **Zip Code/Postal Code** | 20016 |
| **Tracking Number** | SBA-2020-001029 |
| **Submitted Date** | 04/29/2020 |
| **Received Date** | 04/29/2020 |
| **Perfected Date** | 04/29/2020 |
| **Last Assigned Date** | 04/29/2020 |
| **Assigned To** | Niya B Attucks (Financial Assistance/Capital Access Office) |
| **Last Assigned By** | Mr. Oreoluwa Fashola (Freedom of Information and Privacy Acts Office) |
| **Request Track** | Simple |
| **Fee Limit** | $0.00 |

### Closure Information

| | |
|---|---|
| **Closed Date** | 05/11/2020 |
| **Disposition** | Full Grant |
| **"Other" Disposition** | |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

### Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | Yes |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | Yes |
| **Fee Waiver Status** | Not Billable |
| **Expedited Processing Requested** | Yes |
| **Expedited Processing Status** | Deny |
| **Request Type** | FOIA |
| **Request Perfected** | Yes |
| **★ Perfected Date** | 04/29/2020 |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **    5 Day Notifications** | |

### Description

1449/2000

**SBA_000115**

April 29, 2020

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, eighth floor
Washington, DC 20416

Re: Freedom of Information Act Request

To Whom It May Concern:

Under the provisions of the Freedom of Information Act, 5 U.S.C. 552 and/or 553, I am requesting that electronic copies of the following documents and records be provided to me:

* "bank level" data for the Paycheck Protection Program (PPP) including total amounts and number of PPP loans received by small businesses in each Congressional district for all loans approved as part of the PPP from the start of the PPP and through the most recent date for which this data set is available.

I would appreciate your handling this request as quickly as possible.  I look forward to hearing from you within less than 20 working days, as the law stipulates.

Please expedite this request by making available to me any records as soon as they become available and releasable for this request.

Please provide any and all information to me electronically via email.

Please reply to all on this email when sending any and all responses to this FOIA request.

Thank you for your attention to and consideration of this request.

Rich Gardella
Off-Air Investigative Reporter/Producer
NBC News Investigative Unit
NBC News Washington Bureau
4001 Nebraska Ave., N.W.
Washington, DC 20016
202.445.3826 (Cell)
rich.gardella@nbcuni.com

**Has Description Been Modified**

**Description Available to the Public**          No

**Short Description**

## Attached Supporting Files

**Attachments Available to the Public**          No

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

SBA_000116

FOIAonline Submission Details

```
┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
                              Drag files here
│                                                                         │
                          Upload Supporting Files
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
```

SBA_000117



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 2, 2020

Richard Gardella
4001 Nebraska Ave., N.W.
Washington, D.C., 20016
rich.gardella@nbcuni.com

Re: SBA-2020-000658 Request Response

Dear Mr. Gardella,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000658 in which you have requested the following:

> "Paycheck Protection Program (PPP) Loan Data Reports/Files, including a "loan level" list of all loans approved as part of the PPP from the start of the PPP program and through the exhaustion of the first phase of funding ($349,000,000,000) on 4/16/20. I am requesting PPP Loan Data Reports/Files which include "loan-specific" data, including the names and addresses of all business entity or individual loan borrowers/recipients and other related and available "loan-specific" data."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal

Mr. Gardella
Page 2

FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
ogis@nara.gov
ogis.archives.gov
202-741-5770
877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

OFFICE OF DISASTER ASSISTANCE

April 22, 2020

Richard Gardella
NBC News Washington
4001 Nebraska Avenue, N.W.
Washington, DC 20016

rich.gardella@nbcuni.com

Re: FOIA Request - SBA-2020-000660

Dear Mr. Gardella,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000660 in which you have requested that electronic copies of the following documents and records be provided to me:

> \* Economic Injury Disaster Loan Program (EIDL) Loan Data Reports/Files, including a "loan level" list of all loans approved as part of the EIDL program from January 1, 2020 and through the exhaustion of the first phase of coronavirus/COVID-19-related funding on or around 04/16/20.  I am requesting EIDL Loan Data Reports/Files which include "loan-specific" data, including the names and addresses of all business entity or individual loan borrowers/recipients and other related and available "loan-specific" data. If a subset of EIDL Loan Data Reports/Files relating to loans provided in response to coronavirus/COVID-19-related economic injury exists, or is distinguishable with identifying data within the broader EIDL data, please provide the subset or the identifying data.

> \* Economic Injury Disaster Loan Program (EIDL) Emergency Grant Data Reports/Files, including a "grant level" list of all emergency grants approved since the Coronavirus Aid, Relief, and Economic Security Act (CARES) Act became law and took effect and through the exhaustion of the first phase of funding on or around 4/16/20.  I am requesting EIDL Emergency Grant Data Reports/Files which include "grant-specific" data, including the names and addresses of all business entity or individual emergency grant recipients and other related and available "grant-specific" data.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.  At this time, the Agency is focusing its efforts on assisting small businesses during this unprecedented disruption to the economy due to the coronavirus ("COVID-19") outbreak.  The Agency recognizes the need to balance the interests of transparency with the privacy and confidentiality issues release of loan information

SBA_000120

raises.  In the near future, we will be able to turn our efforts to providing loan specific data to the public, but hope that all understand the need for the Agency to focus its efforts fulfilling the needs of the small businesses.  This information will be added to the SBA.gov website as it becomes available.

The statistical information can be found at: https://www.sba.gov/about-sba/open-government/foia#section-header-32

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 6, 2020

Richard Gardella
4001 Nebraska Ave., N.W.
Washington, D.C., 20016
rich.gardella@nbcuni.com

Re: SBA-2020-001029 Request Response

Dear Mr. Gardella,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-001029 in which you have requested the following:

> "*bank level" data for the Paycheck Protection Program (PPP) including total amounts and number of PPP loans received by small businesses in each Congressional district for all loans approved as part of the PPP from the start of the PPP and through the most recent date for which this data set is available."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

Mr. Gardella
Page 2

The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration