**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WP COMPANY LLC d/b/a THE WASHINGTON POST, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. SMALL BUSINESS ADMINISTRATION**,<br><br>Defendant. | Case No. 1:20-cv-1240-JEB<br><br>Oral Argument Requested |

### PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs WP Company LLC d/b/a The Washington Post, Bloomberg L.P., Dow Jones & Company, Inc., Pro Publica, Inc., The New York Times Company, American Broadcasting Companies, Inc. d/b/a ABC News, American City Business Journals, Inc., Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, The Associated Press, and The Center for Investigative Reporting d/b/a Reveal, by and through counsel, hereby move for summary judgment against Defendant the U.S. Small Business Administration (the "SBA") and oppose the SBA's motion for summary judgment.

For the reasons set forth more fully in the accompanying Memorandum, Plaintiffs' Statement of Material Facts as to Which There is No Genuine Dispute and Response to the SBA's Statement of Material Facts as to Which There is No Genuine Dispute, and the supporting Declaration and Exhibits thereto, Plaintiffs state that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law.

### REQUEST FOR HEARING

Plaintiffs respectfully request a hearing on their cross-motion for summary judgment.

Dated:  September 8, 2020          Respectfully submitted,

                                   BALLARD SPAHR LLP

                                   /s/ *Charles D. Tobin*
                                   Charles D. Tobin (#455593)
                                   Maxwell S. Mishkin (#1031356)
                                   Kristel Tupja (#888324914)
                                   1909 K Street, NW, 12th Floor
                                   Washington, DC 20006
                                   Telephone: (202) 661-2200
                                   Fax: (202) 661-2299
                                   tobinc@ballardspahr.com
                                   mishkinm@ballardspahr.com
                                   tupjak@ballardspahr.com

                                   *Counsel for Plaintiffs*