**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WP COMPANY LLC d/b/a THE WASHINGTON POST, BLOOMBERG L.P., DOW JONES & COMPANY, INC., PRO PUBLICA, INC., THE NEW YORK TIMES COMPANY, AMERICAN BROADCASTING COMPANIES, INC. d/b/a ABC NEWS, AMERICAN CITY BUSINESS JOURNALS, CABLE NEWS NETWORK, INC., NBCUNIVERSAL MEDIA, LLC d/b/a NBC NEWS, THE ASSOCIATED PRESS, THE CENTER FOR INVESTIGATIVE REPORTING d/b/a REVEAL, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. SMALL BUSINESS ADMINISTRATION, <br><br> *Defendant*. | Case No. 1:20-cv-01240 (JEB) |

**[PROPOSED]**
**ORDER DENYING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Cross-Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED; and it is

ORDERED that judgment be entered in favor of Defendant.

It is SO ORDERED.

_____
The Honorable James E. Boasberg
United States District Judge