UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WP COMPANY LLC d/b/a THE WASHINGTON POST**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. SMALL BUSINESS ADMINISTRATION**,<br><br>Defendant. | Civil Action No. 20-1240 (JEB) |
| **CENTER FOR PUBLIC INTEGRITY**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. SMALL BUSINESS ADMINISTRATION**,<br><br>Defendant. | Civil Action No. 20-1614 (JEB) |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Cross-Motion for Summary Judgment in No. 20-1240 is GRANTED;

2. Plaintiff's Cross-Motion for Partial Summary Judgment in No. 20-1614 is GRANTED;

3. Defendant's Motion for Summary Judgment in No. 20-1240 is DENIED;

4. Defendant's Motion for Partial Summary Judgment in No. 20-1614 is DENIED;

1

5. Defendant shall release the names, addresses, and precise loan amounts of all individuals and entities that obtained COVID-related loans pursuant to the Paycheck Protection Program and Economic Injury Disaster Loans program by November 19, 2020; and

6. Judgment is ENTERED in favor of Plaintiffs in No. 20-1240.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  November 5, 2020