UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC d/b/a THE WASHINGTON POST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | Civil Action No. 20-1240 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Attorney Fees and Costs is GRANTED IN PART and DENIED IN PART; and;

2. Plaintiffs are AWARDED fees and costs in the total amount of $122,347.02.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 21, 2021