IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WP COMPANY LLC**
**d/b/a THE WASHINGTON POST, et al.**,

        Plaintiffs,

v.

**U.S. SMALL BUSINESS ADMINISTRATION**,

        Defendant.

Case No. 1:20-cv-1240-JEB

**PLAINTIFFS' MOTION FOR A BRIEFING SCHEDULE ON THE
WITHHOLDING OF ADDITIONAL RESPONSIVE RECORDS RECENTLY
REVEALED BY DEFENDANT THE SMALL BUSINESS ADMINISTRATION**

Plaintiffs WP Company LLC d/b/a The Washington Post, Bloomberg L.P., Dow Jones & Company, Inc., Pro Publica, Inc., The New York Times Company, American Broadcasting Companies, Inc. d/b/a ABC News, American City Business Journals, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, The Associated Press, and The Center for Investigative Reporting d/b/a Reveal, respectfully move the Court to set a briefing schedule for summary judgment motions as to whether Defendant the U.S. Small Business Administration ("SBA") must release recently discovered records that are responsive to Plaintiffs' Freedom of Information Act ("FOIA") requests and that the SBA has improperly withheld from Plaintiffs. In support of this motion Plaintiffs state as follows:

The Court is now well-familiar with the facts underlying this case, but to briefly recap: In Spring 2020, each of the Plaintiffs submitted FOIA requests to the SBA for records that would identify and provide information about the borrowers approved for loans under the SBA's Paycheck Protection Program ("PPP") and COVID-related Economic Injury Disaster Loans ("EIDL") programs. Am. Compl. ¶ 41 (Dkt. 5). All of the current Plaintiffs joined together in

bringing this litigation through an Amended Complaint on May 29, 2020. Am. Compl. ¶ 44. The SBA filed its Answer on June 12, 2020. Dkt. 9.

On June 29, 2020, the Court ordered the SBA to make a final response to Plaintiffs' requests and to "produce any responsive non-exempt records" by July 13, 2020. Minute Order of June 29, 2020. After a partial release of the records and cross-motions for summary judgment on the withholdings, the Court granted summary judgment for Plaintiffs on November 5, 2020, ordering the SBA to release the names, addresses, and loan amounts of all individuals and entities that obtained COVID-related PPP and EIDL loans. Dkt. 22. The Court subsequently denied the SBA's motion to stay disclosure pending possible appeal, Dkt. 28, and the SBA released the borrower data on December 1, 2020.[1]

On December 23, 2020, counsel for the SBA notified Plaintiffs' counsel that the SBA had located additional "data fields that were not produced in response to [Plaintiffs'] FOIA requests," and that those data fields may be both responsive to the requests and not exempt from disclosure under FOIA. Though the SBA's counsel advised that the SBA expected to release any such non-exempt data the following week, it did not actually do so for more than a month – and then only after Plaintiffs' counsel alerted the SBA's counsel that Plaintiffs intended to seek judicial relief.

On January 25, 2021, the SBA notified Plaintiffs that it had released some of the newly-discovered data and that it was withholding certain other categories of the data pursuant to FOIA Exemptions 4 and 6. *See* Ex. A (SBA's Jan. 25, 2021 letter to *The Washington Post*). Under Exemption 4, the SBA is withholding (1) "[i]nformation that would reveal whether a PPP loan is in default," including information that reflects "the status of certain loans, the date associated

---

[1] The Court also granted Plaintiffs' motion for attorney's fees and costs and awarded $122,347 based in part on "the substantial public benefit from the released records." Dkt. 35 at 8, 19.

with that loan status, the outstanding balance of all PPP loans, and internal codes that identify the SBA offices servicing and processing the PPP loans"; and (2) "DUNS" numbers for PPP borrowers provided by Dun & Bradstreet. *Id.* at 1.[2] Under Exemption 6, the SBA is withholding Employer Identification Numbers for PPP borrowers – not because they are themselves exempt, but because they are purportedly "stored in the same data field as Social Security Numbers and cannot be reliably segregated from them in a dataset this large." *Id.*

Plaintiffs dispute that either category of information withheld under Exemption 4 properly falls within the scope of that exemption, and they further dispute that the SBA is incapable of segregating PPP borrowers' Employer Identification Numbers from their Social Security Numbers. Supplemental summary judgment briefing is therefore necessary to resolve this dispute, in which SBA will "bear[] the burden of proving" that Exemption 4 applies as claimed, *see Bartko v. Dep't of Justice*, 898 F.3d 51, 62 (D.C. Cir. 2018), and of "demonstrat[ing] that it cannot segregate" the Employer Identification Numbers from the Social Security Numbers, *see Hertzberg v. Veneman*, 273 F. Supp. 2d 67, 90 (D.D.C. 2003).

Plaintiffs propose the following deadlines for a supplemental round of summary judgment briefing on these discrete issues:

- **March 12, 2021:** SBA's supplemental motion for summary judgment;
- **April 2, 2021:** Plaintiffs' supplemental cross-motion and opposition;
- **April 16, 2021:** SBA's opposition and reply; and
- **April 30, 2021:** Plaintiffs' reply.

---

[2] According to the U.S. Department of Health & Human Services, "[a] DUNS number is a unique nine-character number used to identify [an] organization. The federal government uses the DUNS number to track how federal money is allocated." *See* https://www.grants.gov/applicants/organization-registration/step-1-obtain-duns-number.html.

Pursuant to Local Rule 7(m), counsel for Plaintiffs conferred with counsel for the SBA regarding this motion on February 10, 2021. The SBA consents to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion and enter the requested briefing schedule.

Dated: February 10, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Kristel Tupja (#888324914)
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
tupjak@ballardspahr.com

*Counsel for Plaintiffs*