# EXHIBIT A



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF GENERAL COUNSEL

January 25, 2021

Charles D. Tobin
Ballard Spahr LLP
1909 K Street, NW
Washington, DC 20006

Dear Mr. Tobin,

This letter is in regard to the Freedom of Information Act (FOIA) requests at issue in *WP Company LLC v. U.S. Small Business Administration*, No. 20-cv-1240 (D.D.C.). It has come to our attention that the U.S. Small Business Administration (SBA) has additional records pertaining to loans made through the Paycheck Protection Program (PPP). We have now published the non-exempt records, which are responsive to at least some of the FOIA requests at issue in *WP Company*. The records are publicly available at: https://www.sba.gov/about-sba/open-government/foia.

In addition to the records that we are releasing today, we are withholding certain responsive records pursuant to FOIA Exemptions 4 and 6. Information that would reveal whether a PPP loan is in default has been withheld under Exemption 4. This information includes the status of certain loans, the date associated with that loan status, the outstanding balance of all PPP loans, and internal codes that identify the SBA offices servicing and processing the PPP loans. SBA has contracted with Dun & Bradstreet to provide "DUNS" numbers for PPP borrowers; these numbers are confidential pursuant to SBA's contract with Dun & Bradstreet and are therefore also withheld under Exemption 4.

The Social Security Numbers of PPP borrowers have been withheld under Exemption 6. Although Employer Identification Numbers are not similarly exempt from disclosure, they are stored in the same data field as Social Security Numbers and cannot be reliably segregated from them in a dataset this large. We therefore are not releasing the Employer Identification Numbers of PPP borrowers.

Finally, in the interest of transparency, we wish to inform you that we have determined that certain records are not responsive to any request for PPP loan data. These records exist as artifacts in our PPP loan database, but pertain exclusively to other SBA programs. These non-responsive records include data fields related to guaranty fees, exports, number of employees, and jobs created. These fields are blank, for the most part, and to the extent that they were populated by lenders we believe that the data was entered in error.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

>Office of Hearings and Appeals
>Attention: Oreoluwa Fashola, FOIA Office
>409 3rd Avenue, SW – 8th Floor
>Washington, DC 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road--OGIS
>College Park, MD 20740-6001
>ogis@nara.gov
>ogis.archives.gov
>202-741-5770
>877-684-6448

Sincerely,

/s/ Eric S. Benderson
Eric S. Benderson
Chief FOIA Officer
Office of General Counsel
U.S. Small Business Administration