**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WP COMPANY LLC**<br>**d/b/a THE WASHINGTON POST, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. SMALL BUSINESS ADMINISTRATION**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-1240-JEB<br>)<br>)<br>)<br>)<br>)<br>) |

<u>**ENTRY OF APPEARANCE OF JONATHAN S. GOLDSTEIN**</u>

Kindly enter the appearance of Jonathan S. Goldstein on behalf of Amicus Curiae National Federation of Independent Business, Inc. (NFIB).

Respectfully submitted,

GOLDSTEIN LAW PARTNERS, LLC

/s/ *Jonathan S. Goldstein*
Jonathan S. Goldstein (I.D. #PA0072)
11 Church Road
Hatfield, PA 19440
Phone: 610.949.0444
Fax: 610.296.7730
jgoldstein@goldsteinlp.com

*Counsel for Amicus Curiae NFIB*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, I electronically filed the foregoing Entry of Appearance on behalf of Amicus Curiae National Federation of Independent Business, Inc. (NFIB), with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the District Court's CM/ECF system. This includes the following:

BALLARD SPAHR LLP
Charles D. Tobin
Maxwell S. Mishkin
Kristel Tupja
1909 K Street NW, 12th Floor
Washington, D.C.  20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
tupjak@ballardspahr.com

*Counsel for Plaintiffs*

INDRANEEL SUR
(D.C. Bar No. 978017)
Trial Attorney
U.S. Department of Justice Civil Division
Federal Programs Branch
P.O. Box 883 Washington, DC 20044
Tel.: (202) 616-8488
Fax: (202) 616-8470
Email: Indraneel.Sur@usdoj.gov

*Counsel for Defendant*

GOLDSTEIN LAW PARTNERS, LLC

/s/ *Jonathan S. Goldstein*
Jonathan S. Goldstein (I.D. #PA0072)

*Counsel for Amicus Curiae NFIB*

Dated:  March 17, 2021